# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.<br><br>  Defendant. | C.A. No. 1:12-cv-00282-RGA |

## STIPULATED EXTENSION OF TIME TO ANSWER

It is hereby stipulated by Plaintiff and Defendant JPMorgan Chase & Co., subject to the approval of the Court, that Defendant may have until April 30, 2012 to answer, move or otherwise plead.

                                                                      Respectfully Submitted,

DATED:    March 26, 2012          /s/ *George Pazuniak*
                                                         George Pazuniak (DE Bar No. 478)
                                                         PAZUNIAK LAW OFFICE LLC
                                                         1201 North Orange Street
                                                         7th floor, Suite 7114
                                                         Wilmington, DE 19801-1186
                                                         Tel: 302-478-4230
                                                         GP@del-iplaw.com
                                                         *Attorney for Plaintiff Pi-Net International, Inc.*


        IT IS SO ORDERED this ____ day of March, 2012.


                                     _____
                                     The Honorable Richard G. Andrews
                                     United States District Judge