**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** | |
| **Plaintiff,** | |
| **v.** | **C.A. No. 1:12-cv-00282-RGA** |
| **JPMORGAN CHASE & CO.** | |
| **Defendant.** | |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff states the following:

Plaintiff Pi-Net International, Inc. has no parent corporation and no publicly held

corporation or other entity owns ten percent or more of Plaintiff's stock or equity interest.

Respectfully Submitted,

DATED:      March 26, 2012            /s/ *George Pazuniak*_____
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com
*Attorney for Plaintiff Pi-Net International, Inc.*