# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : C.A. No. 1:12-cv-00282-RGA <br> JPMORGAN CHASE & CO., : <br> : <br> Defendant. : <br> : <br> : | |

## ENTRY OF APPEARANCE

Robert S. Saunders of Skadden, Arps, Slate, Meagher & Flom LLP enters his appearance as attorney for defendant JPMorgan Chase & Co. in the above-entitled action. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant. Defendant specifically reserves all rights to raise jurisdictional, or service, or Statute of Limitations defenses which may be available.

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com

DATED:  April 26, 2012