# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE & CO., <br><br> Defendant. | C.A. No. 1:12-cv-00282-RGA |

## DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for JPMorgan Chase & Co. in the above-captioned action certifies the following: Defendant JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of Defendant's stock.

| | |
|---|---|
| | /s/ Robert S. Saunders |
| *Of Counsel* | Robert S. Saunders (ID No. 3027) |
| Daniel A. DeVito | **SKADDEN, ARPS, SLATE,** |
| Douglas R. Nemec | **  MEAGHER & FLOM LLP** |
| **SKADDEN, ARPS, SLATE,** | One Rodney Square |
| **  MEAGHER & FLOM LLP** | P.O. Box 636 |
| Four Times Square | Wilmington, Delaware 19899-0636 |
| New York, New York 10036 | Tel: (302) 651-3000 |
| Tel: (212) 735-3000 | Fax: (302) 651-3001 |
| daniel.devito@skadden.com | rob.saunders@skadden.com |
| douglas.nemec@skadden.com | *Attorney for Defendant* |
| *Attorneys for Defendant* | |

DATED: April 26, 2012