# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., : | |
| Plaintiff, : | |
| v. : | C.A. No. 1:12-cv-00282-RGA |
| JPMORGAN CHASE & CO., : | |
| Defendant. : | |

## STIPULATED EXTENSION OF TIME TO ANSWER

It is hereby stipulated by Plaintiff Pi-Net International, Inc. and Defendant JPMorgan Chase & Co., subject to the approval of the Court, that Defendant may have until May 14, 2012 to answer, move or otherwise plead.

| | |
|---|---|
| */s/ George Pazuniak* | */s/ Robert S. Saunders* |
| George Pazuniak (ID No. 478) | Robert S. Saunders (ID No. 3027) |
| **PAZUNIAK LAW OFFICE LLC** | **SKADDEN, ARPS, SLATE,** |
| 1201 North Orange Street | **  MEAGHER & FLOM LLP** |
| 7th Floor, Suite 7114 | One Rodney Square |
| Wilmington, Delaware  19801-1186 | P.O. Box 636 |
| Tel:  (302) 478-4230 | Wilmington, Delaware  19899-0636 |
| GP@del-iplaw.com | Tel:  (302) 651-3000 |
| *Attorney for Plaintiff* | Fax:  (302) 651-3001 |
| | rob.saunders@skadden.com |
| | *Attorney for Defendant* |

***Of Counsel***
Daniel A. DeVito
Douglas R. Nemec
**SKADDEN, ARPS, SLATE,**
**  MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
daniel.devito@skadden.com
douglas.nemec@skadden.com
*Attorneys for Defendant*

DATED:  April 26, 2012

IT IS SO ORDERED, this ___ day of April, 2012.

_____
The Honorable Richard G. Andrews
United States District Judge

2