# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 1:12-cv-00282-RGA |
| JPMORGAN CHASE & CO., | : | |
| Defendant. | : | |

## STIPULATED EXTENSION OF TIME TO ANSWER

It is hereby stipulated by Plaintiff Pi-Net International, Inc. and Defendant JPMorgan Chase & Co., subject to the approval of the Court, that Defendant may have until May 23, 2012 to answer, move or otherwise plead.

2

| | |
|---|---|
| */s/ George Pazuniak* | */s/ Robert S. Saunders* |
| George Pazuniak (ID No. 478) | Robert S. Saunders (ID No. 3027) |
| **PAZUNIAK LAW OFFICE LLC** | **SKADDEN, ARPS, SLATE,** |
| 1201 North Orange Street |   **MEAGHER & FLOM LLP** |
| 7th Floor, Suite 7114 | One Rodney Square |
| Wilmington, Delaware  19801-1186 | P.O. Box 636 |
| Tel:  (302) 478-4230 | Wilmington, Delaware  19899-0636 |
| GP@del-iplaw.com | Tel:  (302) 651-3000 |
| *Attorney for Plaintiff* | Fax:  (302) 651-3001 |
| | rob.saunders@skadden.com |
| | *Attorney for Defendant* |
| | |
| | ***Of Counsel*** |
| | Daniel A. DeVito |
| | Douglas R. Nemec |
| | **SKADDEN, ARPS, SLATE,** |
| |   **MEAGHER & FLOM LLP** |
| | Four Times Square |
| | New York, New York  10036 |
| | Tel:  (212) 735-3000 |
| | daniel.devito@skadden.com |
| | douglas.nemec@skadden.com |
| | *Attorneys for Defendant* |

DATED:  May 11, 2012

IT IS SO ORDERED, this ____ day of May, 2012.

_____
The Honorable Richard G. Andrews
United States District Judge