

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

July 10, 2012

**VIA ELECTRONIC FILING**

The Honorable Richard G. Andrews
The United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    Pi-Net International, Inc. v. Bank of America, N.A., et al.
              **C.A. No. 12-280-RGA;**
              Pi-Net International, Inc. v. M&T Bank Corporation
              **C.A. No. 12-281-RGA;**
              Pi-Net International, Inc. v. JPMorgan Chase & Co.
              **C.A. No. 12-282-RGA;**
              Pi-Net International, Inc. v. WSFS Financial Corporation, et al.
              **C.A. No. 12-352-RGA;**
              Pi-Net International, Inc. v. UBS Financial Services Inc.
              **C.A. No. 12-353-RGA;**
              Pi-Net International, Inc. v. Sovereign Bank, N.A.
              **C.A. No. 12-354-RGA;**
              Pi-Net International, Inc. v. Citizens Financial Group, Inc.
              **C.A. No. 12-355-RGA;**
              Pi-Net International, Inc. v. Capital One Financial Corporation, et al.
              **C.A. No. 12-356-RGA**

Dear Judge Andrews:

      As counsel for defendants in the -280 and -354 cases, on behalf of all parties, and pursuant to the Court's Order, enclosed is the parties' proposed coordinated Scheduling Order for all of the above-referenced cases, with disputes noted therein.  Counsel will be prepared to address this proposed order when we meet with the Court on Thursday, July 12, 2012.

                                        Respectfully,

                                        */s/ Richard L. Horwitz*

                                        Richard L. Horwitz

RLH/msb/1066386 / 38945
Enclosure
cc:    Clerk of the Court (via hand delivery)(w/enc.)
         Counsel of Record (via electronic mail)(w/enc.)