**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) | |
| | ) | |
| Defendants-Counterclaimants. | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILMINGTON TRUST COMPANY, | ) | |
| | ) | C.A. No. 12-281-RGA |
| Defendant-Counterclaimant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| M&T BANK CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| PI-NET INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-282-RGA |
| | ) | |
| JPMORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-353-RGA |
| ) | |
| UBS FINANCIAL SERVICES INC., ) | |
| ) | |
| Defendant. ) | |
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-354-RGA |
| ) | |
| SOVEREIGN BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-355-RGA |
| ) | |
| CITIZENS FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL ONE FINANCIAL ) | C.A. No. 12-356-RGA |
| CORPORATION; ING BANK, FSB; ) | |
| CAPITAL ONE, NATIONAL ) | |
| ASSOCIATION; and CAPITAL ONE BANK ) | |
| (USA), NATIONAL ASSOCIATION, ) | |
| ) | |
| Defendants. ) | |

# STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER

It is hereby stipulated by the Plaintiff and all the Defendants in the above captioned cases, subject to the approval of the Court, that the parties may have an additional two weeks, until August 20, 2012 to submit a proposed form of a Protective Order to the Court. The parties agree that an extension of the deadline would be in the best interests of judicial economy by providing an opportunity to evaluate existing issues.

Respectfully Submitted,

/s/ George Pazuniak___
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net*

/s/ Kenneth E. Aaron
Kenneth E. Aaron, Esq. (DE I.D. 4043)
WEIR & PARTNERS, LLP
824 Market Street Mall, Suite 800
Wilmington, DE 19899
(302) 652-8181
kaaron@weirpartners.com

*Attorneys for Defendant Sovereign Bank, N.A.*

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
Benjamin A. Smyth (Del. Bar No. 5528)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: 302.657.4900
Facsimile: 302.657.4901

*Attorneys for Defendants Capital One Bank (USA), National Association; Capital One, National Association; and ING Bank, fsb*

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.*

/s/ Robert S. Saunders

/s/ Andrew C. Mayo

| | |
|---|---|
| Robert S. Saunders (ID No. 3027) SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>Tel:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br><br>*Attorneys for Defendant JPMorgan Chase & Co.* | John G. Day (I.D. #2403)<br>Lauren E. Maguire (I.D. #4261)<br>Andrew C. Mayo (I.D. #5207)<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant UBS Financial Services, Inc.*<br><br>*/s/ Eve H. Ormerod*<br>Gregory E. Stuhlman (I.D. 4765)<br>Eve H. Ormerod (I.D. 5369)<br>GREENBERG TRAURIG, LLP<br>1007 North Orange Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 661-7000<br><br>*Attorneys for Defendants Wilmington Trust Company and M&T Bank Corporation* |

IT IS SO ORDERED this ____ day of August, 2012.

_____
United States District Judge