## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | : | |
| Defendants-Counterclaimants. | : | |
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-281-RGA |
| WILMINGTON TRUST COMPANY, | : | |
| Defendant-Counterclaimant, | : | |
| and | : | |
| M&T BANK CORPORATION, | : | |
| Defendant. | : | |
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-282-RGA |
| JP MORGAN CHASE & CO., | : | |
| Defendant. | : | |

PI-NET INTERNATIONAL, INC., :
:
    Plaintiff, :
:
    v. : C. A. No. 12-353-RGA
:
UBS FINANCIAL SERVICES, INC., :
:
    Defendant. :
_____ :
PI-NET INTERNATIONAL, INC., :
:
    Plaintiff, :
:
    v. : C. A. No. 12-354-RGA
:
SOVEREIGN BANK, N.A., :
:
    Defendant. :
_____ :
PI-NET INTERNATIONAL, INC., :
:
    Plaintiff, :
:
    v. : C. A. No. 12-355-RGA
:
CITIZENS FINANCIAL GROUP., INC., :
:
    Defendant. :
_____ :
PI-NET INTERNATIONAL, INC., :
:
    Plaintiff, :
:
    v. : C. A. No. 12-356-RGA
:
CAPITAL ONE FINANCIAL :
CORPORATION; ING BANK, FSB; :
CAPITAL ONE, NATIONAL :
ASSOCIATION; and CAPITAL ONE BANK :
(USA), NATIONAL ASSOCIATION, :
:
    Defendants. :
_____ :

## ORDER

At Wilmington this **9th** day of **August, 2012**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, September 11, 2012 at 2:00 p.m. Eastern Time** with Magistrate Judge Thynge. **Counsel for Bank of America shall initiate the teleconference call to 302-573-6173.** On or before **Friday, September 7, 2012**, Bank of America's counsel shall provide Judge Thynge with a list of the participants to the teleconference indicating who each participant represents.  This may be faxed to Chambers at 302-573-6445.

The purpose of the teleconference is to confirm which group of dates will be scheduled for mediation, 1/14/13 through 1/28/13 (except 1/21/13 which is a Federal holiday) or 1/31/13 through 2/8/13; which date each defendant or group of defendants will mediate; the use of an introductory session for part of a day; whether more than one defendant or defense group will mediate each day (e.g., starting at 8:30 am for one group or starting at an afternoon time for the second group with mediation going into the evening, but allowing 5 to 6 hours for each mediation session); the mechanics of the defense submissions (e.g., joint and individual); and page length for the submissions by the parties.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE