**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) ) | |
| Defendants-Counterclaimants. | ) ) | |
| PI-NET INTERNATIONAL, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WILMINGTON TRUST COMPANY, | ) ) | C.A. No. 12-281-RGA |
| Defendant-Counterclaimant, | ) ) | |
| and | ) ) | |
| M&T BANK CORPORATION, | ) ) | |
| Defendant. | ) ) | |
| PI-NET INTERNATIONAL INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UBS FINANCIAL SERVICES INC., )<br>)<br>Defendant. )<br>) | C.A. No. 12-353-RGA |
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOVEREIGN BANK, N.A., )<br>)<br>Defendant. )<br>) | C.A. No. 12-354-RGA |
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIZENS FINANCIAL GROUP, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 12-355-RGA |
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; ING BANK, FSB; )<br>CAPITAL ONE, NATIONAL )<br>ASSOCIATION; and CAPITAL ONE BANK )<br>(USA), NATIONAL ASSOCIATION, )<br>)<br>Defendants. )<br>) | C.A. No. 12-356-RGA |

## NOTICE OF SERVICE OF
## PLAINTIFF PI-NET INTERNATIONAL, INC.'S INITIAL DISCLOSURE

The undersigned hereby certifies that on the 14th day of August, 2012, Plaintiff served Plaintiff's Initial Disclosure pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, upon all counsel of record, by way of electronic mail.

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net*