# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PI-NET INTERNATIONAL, INC. | : |
| Plaintiffs, | : |
| v. | : Civil No. 1:12-cv-00282-RGA |
| JPMORGAN CHASE & CO. | : |
| Defendant. | : JURY TRIAL REQUESTED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 14, 2012, a copy of JPMorgan Chase & Co.'s Initial Disclosures was served via electronic mail upon the following counsel of record:

George Pazuniak
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, Delaware 19801-1186
Tel:  (302) 478-4230
GP@del-iplaw.com

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel:  (302) 651-3000
Fax:  (302) 651-3001
Rob.Saunders@skadden.com

2

        *Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Andrew D. Gish
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

DATED:  August 14, 2012

2