**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:12-cv-00282-RGA |
| : | |
| JPMORGAN CHASE & CO. : | |
| : | JURY TRIAL REQUESTED |
| Defendant. : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 31, 2012, a copy of JPMorgan Chase & Co.'s First Set Of Requests For The Production Of Documents And Things was served via electronic mail upon the following counsel of record:

> George Pazuniak
> PAZUNIAK LAW OFFICE LLC
> 1201 North Orange Street
> 7th Floor, Suite 7114
> Wilmington, Delaware 19801-1186
> Tel: (302) 478-4230
> GP@del-iplaw.com

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel: (302) 651-3000
Fax: (302) 651-3001
Rob.Saunders@skadden.com

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Andrew D. Gish
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant
JPMorgan Chase & Co.*

DATED:  August 31, 2012