**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) |
| | ) |
| Defendants-Counterclaimants. | ) |
| | ) |
| PI-NET INTERNATIONAL INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-353-RGA |
| UBS FINANCIAL SERVICES INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-354-RGA |
| SOVEREIGN BANK, N.A., | ) |
| | ) |
| Defendant. | ) |
| | ) |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE FINANCIAL | ) |
| CORPORATION; ING BANK, FSB; | ) C.A. No. 12-356-RGA |
| CAPITAL ONE, NATIONAL | ) |
| ASSOCIATION; and CAPITAL ONE BANK | ) |
| (USA), NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF PI-NET INTERNATIONAL, INC.'S NOTICE OF SERVICE

Plaintiff Pi-Net International, Inc. hereby certifies that on the 1st day of October, 2012,

Plaintiff served the documents listed below upon all counsel of record, by way of electronic mail:

Plaintiff's Response to the First Set of Common Interrogatories to Plaintiff by Defendants

Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, JPMorgan Chase

& Co., UBS Financial Services Inc., Sovereign Bank, N.A., Citizens Financial Group, Inc.,

Capital One Financial Corporation, ING Bank, FSG, Capital One, National Association, and

Capital One Bank (USA), National Association;

Plaintiff Pi-Net International, Inc.'s Response To Defendant JPMorgan Chase & Co.'s

First Set Of Requests For The Production Of Documents And Things (Nos. 1-2);

Plaintiff Pi-Net International, Inc.'s Response To Defendant Citizens Financial Group, Inc's First Set Of Requests For The Production Of Documents And Things (Nos. 1-2);

Plaintiff Pi-Net International, Inc.'s Response To Defendant Sovereign Bank, N.A.'s First Set Of Requests For The Production Of Documents And Things (Nos. 1-2);

Plaintiff Pi-Net International, Inc.'s Response To First Set Of Requests For The Production Of Documents And Things (Nos. 1-2) to Plaintiff by Defendants Bank of America, N.A., and Merrill Lynch, Pierce, Fenner & Smith Incorporated;

Plaintiff Pi-Net International, Inc.'s Response To First Set Of Requests For The Production Of Documents And Things (Nos. 1-2) to Plaintiff by Defendants Capital One Financial Corporation, ING Bank, fsb, Capital One, National Association, and Capital One Bank (USA), National Association.

Dated:  October 2, 2012

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net*