**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL ) | |
| LYNCH, PIERCE, FENNER & SMITH ) | |
| INCORPORATED, ) | |
| ) | |
| Defendants-Counterclaimants. ) | |
| ) | |
| PI-NET INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-282-RGA |
| ) | |
| JPMORGAN CHASE & CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-353-RGA |
| ) | |
| UBS FINANCIAL SERVICES INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-354-RGA |
| ) | |
| SOVEREIGN BANK, N.A., ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CITIZENS FINANCIAL GROUP, INC., )<br>)<br>Defendant.  )<br>) | C.A. No. 12-355-RGA |
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; ING BANK, FSB; )<br>CAPITAL ONE, NATIONAL )<br>ASSOCIATION; and CAPITAL ONE BANK )<br>(USA), NATIONAL ASSOCIATION, )<br>)<br>Defendants.  )<br>) | C.A. No. 12-356-RGA |

## **STIPULATED EXTENSION OF TIME TO PRODUCE**
## **CORE TECHNICAL DOCUMENTS**

It is hereby stipulated by Plaintiff and Defendants, subject to the approval of the Court, that the deadline for Defendants to produce core technical documents pursuant to Section 3(b) of the Scheduling Order shall be October 17, 2012.

Respectfully Submitted,

DATED:   October 5, 2012

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorney for Plaintiff Pi-Net International, Inc.*

IT IS SO ORDERED this _____ day of October, 2012.

_____
The Honorable Richard G. Andrews
United States District Judge