IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE & CO., )<br>)<br>Defendant. )<br>) | C.A. No. 12-282-RGA |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Douglas R. Nemec to represent JPMorgan Chase & Co. in this matter.

Signed: /s/ Robert S. Saunders

Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER &FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel:  (302) 651-3000
Fax:  (302) 651-3001
Rob.Saunders@skadden.com

Attorney for:  JPMorgan Chase & Co.

Date:  October 9, 2012


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____          _____
                                                                       The Honorable Richard G. Andrews
                                                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 10/5/12

Douglas R. Nemec
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Tel.: (212) 735-3000
Fax: (212) 735-2000
Douglas.Nemec@skadden.com