# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JPMORGAN CHASE & CO.,** )<br>)<br>**Defendant.** )<br>) | C.A. No. 12-282-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this day, Plaintiffs Pi-Net International, Inc., served the following:

1. PLAINTIFF PI-NET INTERNATIONAL, INC.'S RESPONSE TO DEFENDANT JPMORGAN CHASE & CO.'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 3-5).

on counsel for the Defendant by electronic mail as follows:

Rob.Saunders@skadden.com
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

Dated: November 5, 2012

/s/ George Pazuniak___
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net Int'l, Inc.*