**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  **C.A. No. 12-282-RGA** |
| | ) |
| **JPMORGAN CHASE & CO.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on this day, Plaintiffs Pi-Net International, Inc., served the

following:

1.      PLAINTIFF'S INITIAL DISCOVERY PURSUANT TO § 3(a) OF AUGUST 2, 2012

SCHEDULING ORDER AND COURT ORDER OF OCTOBER 10, 2012

on counsel for the Defendant by electronic mail as follows:

Rob.Saunders@skadden.com
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

Dated:  November 9, 2012

*/s/ George Pazuniak*___
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net Int'l, Inc.*