**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | | |
| Defendants-Counterclaimants. | | |
| PI-NET INTERNATIONAL INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | | |
| Defendant. | | |
| PI-NET INTERNATIONAL, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 12-353-RGA |
| UBS FINANCIAL SERVICES INC., | | |
| Defendant. | | |
| PI-NET INTERNATIONAL, INC., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | C.A. No. 12-354-RGA |
| SOVEREIGN BANK, N.A., | | |
| Defendant. | | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CITIZENS FINANCIAL GROUP, INC.,  )<br>  )<br>    Defendant.  )<br>  ) | C.A. No. 12-355-RGA |
| PI-NET INTERNATIONAL, INC.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>CAPITAL ONE FINANCIAL  )<br>CORPORATION; ING BANK, FSB;  )<br>CAPITAL ONE, NATIONAL  )<br>ASSOCIATION; and CAPITAL ONE BANK  )<br>(USA), NATIONAL ASSOCIATION,  )<br>  )<br>    Defendants.  )<br>  ) | C.A. No. 12-356-RGA |

## STIPULATED AMENDED SCHEDULING ORDER

It is hereby stipulated by the Plaintiff and all of the Defendants in the above-captioned cases that, subject to the approval of the Court, the July 17, 2012 Scheduling Order shall be amended as stated in the table below. The parties agree that the extensions of time provided for in this Stipulated Amended Scheduling Order are necessary given recent delays in discovery.

| **Provision of the Scheduling Order** | **Original Date** | **Amended Date** |
|---|---|---|
| Production of Core Technical Documents | October 10, 2012 | December 13, 2012 |
| Service of Infringement Contentions | November 28, 2012 | January 30, 2013 |
| Service of Invalidity Contentions | January 16, 2013 | March 5, 2013 |
| Deadline to Join Parties and Amend Pleadings | December 12, 2012 | January 31, 2013 |
| End of Document Production | February 1, 2013 | April 26, 2013 |
| Identification of Claim Terms at Issue | January 9, 2013 | February 14, 2013 |
| Parties Exchange Proposed Claim Constructions | January 25, 2013 | March 1, 2013 |
| Joint Claim Construction Chart Due | February 15, 2013 | March 11, 2013 |
| Service of Plaintiff's Opening Claim Construction Brief | March 6, 2013 | April 1, 2013 |
| Service of Defendants' Answering Claim Construction Brief | April 10, 2013 | April 22, 2013 |
| Service of Plaintiff's Reply Claim Construction Brief | April 24, 2013 | May 1, 2013 |
| Service of Defendants' Surreply Claim Construction Brief | May 8, 2013 | May 10, 2013 |

All other dates and deadlines are unchanged.

Respectfully submitted,

*/s/ George Pazuniak*___
George Pazuniak (ID No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street, Suite 7114
Wilmington, Delaware 19801
Tel.: (302) 478-4230
GP@del-iplaw.com

*/s/ Kenneth E. Aaron*
Kenneth E. Aaron (ID No. 4043)
WEIR & PARTNERS, LLP
824 Market Street Mall, Suite 800
Wilmington, Delaware 19899
Tel.: (302) 652-8181
kaaron@weirpartners.com

*Attorney for Plaintiff Pi-Net International, Inc.*    *Attorney for Defendant Sovereign Bank, N.A.*

| | |
|---|---|
| */s/ Matt Neiderman*<br>Matt Neiderman (ID No. 4018)<br>Benjamin A. Smyth (ID No. 5528)<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Tel.: (302) 657-4900<br>Fax: (302) 657-4901<br>MNeiderman@duanemorris.com<br>BASmyth@duanemorris.com<br><br>*Attorneys for Defendants Capital One Bank (USA), National Association; Capital One, National Association; and ING Bank, fsb* | */s/ David E. Moore*<br>Richard L. Horwitz (ID No. 2246)<br>David E. Moore (ID No. 3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel.: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.* |
| */s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>Tel: (302) 651-3000<br>Fax: (302) 651-3001<br>rob.saunders@skadden.com<br><br>*Attorney for Defendant JPMorgan Chase & Co.* | */s/ Andrew C. Mayo*<br>John G. Day (ID No. 2403)<br>Lauren E. Maguire (ID No. 4261)<br>Andrew C. Mayo (ID No. 5207)<br>ASHBY & GEDDES, P.A.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Tel.: (302) 654-1888<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendant UBS Financial Services, Inc.* |

It is so ordered this ___ day of _____, 2012

_____
UNITED STATES DISTRICT COURT JUDGE