**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 12-282-RGA |
| | ) |
| **JPMORGAN CHASE & CO.,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on this day, Plaintiffs Pi-Net International, Inc., served the following:

Plaintiff's First Set Of Requests To Defendant JPMorgan Chase & Co. For The Production Of Documents And Things (Nos. 1-33)

on counsel for the Defendant by electronic mail as follows:

Rob.Saunders@skadden.com;  Daniel.Devito@skadden.com;  Douglas.Nemec@skadden.com;
Edward.Tulin@skadden.com; Andrew.Gish@skadden.com

Dated:  December 19, 2012

*/s/ George Pazuniak*___
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net Int'l, Inc.*