# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | : | |
| Defendants-Counterclaimants. | : | |
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-282-RGA |
| JP MORGAN CHASE & CO., | : | |
| Defendant. | : | |
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-353-RGA |
| UBS FINANCIAL SERVICES, INC., | : | |
| Defendant. | : | |
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-354-RGA |
| SOVEREIGN BANK, N.A., | : | |
| Defendant. | : | |

|  |  |  |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP., INC., | : | |
| Defendant. | : | |
| PI-NET INTERNATIONAL, INC., | : | |
| Plaintiff, | : | |
| v. | : | C. A. No. 12-356-RGA |
| CAPITAL ONE FINANCIAL CORPORATION; ING BANK, FSB; CAPITAL ONE, NATIONAL ASSOCIATION; and CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, | : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **8th** day of **January, 2013.**

IT IS ORDERED that the mediation conferences scheduled for Monday, February 4, 2013 through Thursday, February 7, 2013 are rescheduled as follows:

| **Defendant(s)** | **Date/Time** |
|---|---|
| Presentation session (both sides) | 4/8/13   9:30-11:30 am (1 hour each side), plus additional time for questions from/discussions with the mediator |
| BoA & Merrill Lynch | 4/8/13   1:30 pm-6:30 pm |
| Capital One entities/ING | 4/9/13   8:30 am-1:30 pm |
| JPMorgan Chase | 4/9/13   2:30 pm-7:30 pm |
| Citizens Financial | 4/10/13  8:30 am-1:30 pm |
| UBS | 4/10/13  2:30 pm-7:30 pm |
| Sovereign Bank | 4/11/13  8:30 am-1:30 pm |

The submissions of the parties shall now be due on or before **Thursday, March 28, 2013.** All other provisions of the Court's September 12, 2012 Order remain in full force and effect.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE