SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3170
DIRECT FAX
(302) 574-3170
EMAIL ADDRESS
Rob.Saunders@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 18, 2013

**BY HAND DELIVERY & EFILING**
The Honorable Richard G. Andrews
United States District Court For The District Of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801

> RE: *Pi-Net International, Inc. v. Bank of America, N.A., et al.*,
>     C.A. No. 12-280-RGA;
>     *Pi-Net International, Inc. v. JPMorgan Chase & Co.*,
>     C.A. No. 12-282-RGA;
>     *Pi-Net International, Inc. v. UBS Financial Services Inc.*,
>     C.A. No. 12-353-RGA;
>     *Pi-Net International, Inc. v. Sovereign Bank, N.A.*,
>     C.A. No. 12-354-RGA;
>     *Pi-Net International, Inc. v. Citizens Financial Group, Inc.*,
>     C.A. No. 12-355-RGA

Dear Judge Andrews:

In connection with Defendants' Motion for Leave to File a Motion for Summary Judgment, Defendant JP Morgan Chase & Co. will deliver two paper copies of the Transmittal Declaration of Robert S. Saunders with Exhibits A-P, together with the Notice of Filing, to the Clerk's office on behalf of all Defendants in the above-referenced actions.

The Honorable Richard G. Andrews
January 18, 2013
Page 2

                Respectfully,

                */s/ Robert S. Saunders*

                Robert S. Saunders (ID No. 3027)

cc:    Clerk of the Court (via hand delivery)
        Counsel of Record (via electronic mail)