**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) ) ) | |
| Defendants-Counterclaimants. | ) ) | |
| PI-NET INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) ) ) | |
| Defendant. | ) ) | |
| PI-NET INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-353-RGA |
| UBS FINANCIAL SERVICES INC., | ) ) ) | |
| Defendant. | ) ) | |
| PI-NET INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 12-354-RGA |
| SOVEREIGN BANK, N.A., | ) ) ) | |
| Defendant. | ) ) | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>  Plaintiff, )<br>)<br> v. )<br>)<br>CITIZENS FINANCIAL GROUP, INC., )<br>)<br>  Defendant. )<br>) | C.A. No. 12-355-RGA |

## NOTICE OF PAPER FILING WITH CLERK'S OFFICE

Notice is hereby given that the following Transmittal Declaration and Exhibits have been manually filed with the Court and are available in paper form only:

1. Transmittal Declaration of Robert S. Saunders; and,

2. Exhibits A-P to the Transmittal Declaration of Robert S. Saunders.

| | |
|---|---|
| */s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>    FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899<br>Tel:  (302) 651-3000<br>Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br><br>*Attorneys for Defendant JPMorgan Chase & Co.* | */s/ Kenneth E. Aaron*<br>Kenneth E. Aaron (ID No. 4043)<br>WEIR & PARTNERS, LLP<br>824 Market Street Mall, Suite 800<br>Wilmington, Delaware  19899<br>Tel.:  (302) 652-8181<br>kaaron@weirpartners.com<br><br>*Attorneys for Defendant Sovereign Bank, N.A.* |

| | |
|---|---|
| */s/ Andrew C. Mayo* | */s/ David E. Moore* |
| John G. Day (ID No. 2403) | Richard L. Horwitz (ID No. 2246) |
| Lauren E. Maguire (ID No. 4261) | David E. Moore (ID No. 3983) |
| Andrew C. Mayo (ID No. 5207) | POTTER ANDERSON & CORROON LLP |
| ASHBY & GEDDES, P.A. | Hercules Plaza, 6th Floor |
| 500 Delaware Avenue, 8th Floor | 1313 N. Market Street |
| P.O. Box 1150 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | Tel.: (302) 984-6000 |
| Tel.: (302) 654-1888 | rhorwitz@potteranderson.com |
| jday@ashby-geddes.com | dmoore@potteranderson.com |
| lmaguire@ashby-geddes.com | |
| amayo@ashby-geddes.com | *Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.* |
| *Attorneys for Defendant UBS Financial Services, Inc.* | |

DATED:  January 22, 2013

## **CERTIFICATE OF SERVICE**

I, Robert S. Saunders, hereby certify that on January 22, 2013, I caused to be filed electronically with the Clerk of the Court the attached Notice of Paper Filing using CM/ECF, which will send electronic notification of such filing to the counsel of record listed below. In addition, one copy of the Transmittal Declaration of Robert S. Saunders with Exhibits A-P will be served on the following counsel of record by hand delivery:

George Pazuniak
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th Floor, Suite 7114
Wilmington, Delaware 19801-1186
Tel: (302) 478-4230
GP@del-iplaw.com

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
Tel: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*