# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PI-NET INTERNATIONAL, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:12-cv-00282-RGA |
| | : | |
| JPMORGAN CHASE & CO. | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 22, 2013, a copy of Defendant

JPMorgan Chase & Co.'s Responses and Objections to Plaintiff's First Set of Requests for the

Production of Documents and Things (Nos. 1-33) was served via electronic mail upon the

following counsel of record:

> George Pazuniak
> **PAZUNIAK LAW OFFICE LLC**
> 1201 North Orange Street
> 7th Floor, Suite 7114
> Wilmington, Delaware 19801-1186
> Tel:  (302) 478-4230
> GP@del-iplaw.com

> */s/ Robert S. Saunders*
> Robert S. Saunders (ID No. 3027)
> **SKADDEN, ARPS, SLATE,**
> **  MEAGHER & FLOM LLP**
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware  19899-0636
> Tel:  (302) 651-3000
> Fax:  (302) 651-3001
> Rob.Saunders@skadden.com

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys  for Defendant*
*JPMorgan Chase & Co.*

DATED:  January 22, 2013

705674-WILSR01A - MSW