**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) | |
| | ) | |
| Defendants-Counterclaimants. | ) | |
| | ) | |
| PI-NET INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-282-RGA |
| | ) | |
| JPMORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-353-RGA |
| | ) | |
| UBS FINANCIAL SERVICES INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-354-RGA |
| | ) | |
| SOVEREIGN BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

|  |  |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIZENS FINANCIAL GROUP, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 12-355-RGA |
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; ING BANK, FSB; )<br>CAPITAL ONE, NATIONAL )<br>ASSOCIATION; and CAPITAL ONE BANK )<br>(USA), NATIONAL ASSOCIATION, )<br>)<br>Defendants. )<br>) | C.A. No. 12-356-RGA |

**NOTICE OF SERVICE**

The undersigned hereby certifies that Plaintiff served counsel of record for Defendants by electronic mail the following documents on the following dates:

1. On February 13, 2013, Plaintiff's third document production; and

2. On February 14, 2013, Plaintiff's List Of Claim Terms And Phrases That Need Construction.

3

<u>*/s/ George Pazuniak*</u>
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net International, Inc.*