# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>　　　　Defendants-Counterclaimants. | C.A. No. 12-280-RGA |
| PI-NET INTERNATIONAL INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE & CO.,<br><br>　　　　Defendant. | C.A. No. 12-282-RGA |
| PI-NET INTERNATIONAL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>　　　　Defendant. | C.A. No. 12-355-RGA |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE FINANCIAL | ) |
| CORPORATION; ING BANK, FSB; | )    C.A. No. 12-356-RGA |
| CAPITAL ONE, NATIONAL | ) |
| ASSOCIATION; and CAPITAL ONE BANK | ) |
| (USA), NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that Plaintiff served counsel of record for Defendants by electronic mail the following documents on the following dates:

On March 1, 2013, Plaintiff's Construction Of Claim Terms And Phrases.

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street
7th floor, Suite 7114
Wilmington, DE 19801-1186
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net International, Inc.*

2