**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:12-cv-00282-RGA |
| : | |
| JPMORGAN CHASE & CO. : | |
| : | |
| Defendant. : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on March 1, 2013, a copy of Defendants' List Of Proposed Claim Constructions was served via electronic mail upon the following counsel of record:

> George Pazuniak
> **PAZUNIAK LAW OFFICE LLC**
> 1201 North Orange Street
> 7th Floor, Suite 7114
> Wilmington, Delaware  19801-1186
> Tel:  (302) 478-4230
> GP@del-iplaw.com

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel:  (302) 651-3000
Fax:  (302) 651-3001
Rob.Saunders@skadden.com

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
**SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant
JPMorgan Chase & Co.*

DATED:  March 1, 2013