IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,           :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :     Civil Action No. 12-280-RGA
                                     :
BANK OF AMERICA N.A., et al.,        :
                                     :
          Defendants.                :

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,           :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :     Civil Action No. 12-282-RGA
                                     :
JPMORGAN CHASE & CO.,                :
                                     :
          Defendant.                 :

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,           :
                                     :
          Plaintiff,                 :
                                     :
     v.                              :     Civil Action No. 12-355-RGA
                                     :
CITIZENS FINANCIAL GROUP INC.,       :
                                     :
          Defendant.                 :

## ORDER

This ___4th___ day of March 2013, upon consideration of the Motion for Leave to File a

Motion for Partial Summary Judgment of Indefiniteness, IT IS HEREBY ORDERED that the

Motion for Leave to File is **GRANTED**.   The Court will hear argument on the Motion as part of

the three hours allotted to the Markman hearing scheduled for June 21, 2013.   The Court notes

that the Defendants represent that resolution of the issues in their favor would invalidate "more

than 90% of the asserted claims." (Reply Brief, p.2).   It would be efficient for the Court to

consider all claim construction issues at the same time, and therefore the Court will do so.

Richard G. Andrews
United States District Judge