# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) | |
| | ) | |
| Defendants-Counterclaimants. | ) | |
| PI-NET INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-282-RGA |
| | ) | |
| JPMORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-355-RGA |
| | ) | |
| CITIZENS FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**TRANSMITTAL DECLARATION OF ROBERT S. SAUNDERS**

I, ROBERT S. SAUNDERS, declare under penalty of perjury that the foregoing is true and correct:

1. I am a partner with Skadden, Arps, Slate, Meagher & Flom, LLP and an attorney representing Defendant JPMorgan Chase & Co. in the above-titled action. I submit this declaration in support of Defendants' Brief in Support of Their Motion For Partial Summary Judgment of Indefiniteness.

2. Attached hereto are true and correct copies of the following documents:[1]

| Exhibit | Description |
|---|---|
| A. | U.S. Patent No. 5,987,500 |
| B. | U.S. Patent No. 8,037,158 |
| C. | U.S. Patent No. 8,108,492 |
| D. | Prosecution History of U.S. Patent No. 5,987,500 |
| E. | Prosecution History of U.S. Patent No. 8,037,158 |
| F. | Prosecution History of U.S. Patent No. 8,108,492 |
| G. | Letter from Douglas R. Nemec to George Pazuniak, dated December 13, 2012 |
| H. | Email Chain between Douglas R. Nemec and George Pazuniak, dated December 13, 15, 17, 20, and 21, 2012 |
| I. | Excerpts from McGraw-Hill Dictionary of Scientific and Technical Terms (6th ed. 2003) |

---

[1] The exhibits referenced herein in C.A. No. 12-280 are at DI 50 and DI 51; C.A. No. 12-282 are at DI 49 and DI 50; 12-355 are at DI 43 and DI 44.

| J. | Excerpts from Dictionary of Computer Words (rev. 1995) |
|---|---|
| K. | Excerpts from Webster's New World Computer Dictionary (10th ed. 2003) |
| L. | Excerpts from Microsoft Computer Dictionary (5th ed. 2002) |
| M. | Excerpts from Institute of Electrical and electronics Engineers Dictionary (6th ed. 1998) |
| N. | Newton's Telecom Dictionary (4th ed. 1998) |
| O. | Google Search Results for "keeping a transaction flow captive" and "captive transaction flow" |
| P. | Google Search Results for "routed transactional data structure" |

 

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
*Attorneys for Defendant*
*JPMorgan Chase & Co.*

DATED:  March 5, 2013
1090789 / 38945/39024