**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.  :  <br> : <br> Plaintiff, : <br> : <br> v.   :   Civil No. 1:12-cv-00282-RGA <br> : <br> JPMORGAN CHASE & CO.  : <br> : <br> Defendant. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on March 5, 2013, a copy of Defendants' Initial Invalidity Contentions regarding the asserted U.S. Patent Nos. 5,987,500, 8,037,158, and 8,108,492 was served via electronic mail upon the following counsel of record:

> George Pazuniak
> **PAZUNIAK LAW OFFICE LLC**
> 1201 North Orange Street
> 7th Floor, Suite 7114
> Wilmington, Delaware  19801-1186
> Tel:  (302) 478-4230
> GP@del-iplaw.com

> */s/ Robert S. Saunders*
> Robert S. Saunders (ID No. 3027)
> **SKADDEN, ARPS, SLATE,
>   MEAGHER & FLOM LLP**
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware  19899
> Tel:  (302) 651-3000
> Fax:  (302) 651-3001
> Rob.Saunders@skadden.com

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
**SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant
JPMorgan Chase & Co.*

DATED:  March 6, 2013