**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A. and MERRILL )<br>LYNCH, PIERCE, FENNER & SMITH )<br>INCORPORATED, )<br>)<br>Defendants-Counterclaimants. ) | C.A. No. 12-280-RGA |
| PI-NET INTERNATIONAL INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE & CO., )<br>)<br>Defendant. ) | C.A. No. 12-282-RGA |
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITIZENS FINANCIAL GROUP, INC., )<br>)<br>Defendant. ) | C.A. No. 12-355-RGA |

1

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; ING BANK, FSB; )<br>CAPITAL ONE, NATIONAL )<br>ASSOCIATION; and CAPITAL ONE BANK )<br>(USA), NATIONAL ASSOCIATION, )<br>)<br>Defendants. )<br>) | C.A. No. 12-356-RGA |

## SECOND STIPULATED AMENDED SCHEDULING ORDER

It is hereby stipulated by the Plaintiff and all of the Defendants in the above-captioned cases that, subject to the approval of the Court, the July 17, 2012 Scheduling Order as previously amended by D.I. 42 shall be amended as stated in the table below, and specifically to extend the due date for the claim charts by two days. The parties agree that the extensions of time provided for in this Second Stipulated Amended Scheduling Order assist the parties in working-out an agreed-upon claim chart.

| **Provision of the Scheduling Order** | **Original Date** | **Amended Date** |
|---|---|---|
| Joint Claim Construction Chart Due | March 11, 2013 | March 13, 2013 |

All other dates and deadlines are unchanged.

Respectfully submitted,

| | |
|---|---|
| */s/ George Pazuniak*<br>George Pazuniak (ID No. 478)<br>PAZUNIAK LAW OFFICE LLC<br>1201 North Orange Street, Suite 7114<br>Wilmington, Delaware 19801<br>Tel.: (302) 478-4230<br>GP@del-iplaw.com<br><br>*Attorney for Plaintiff Pi-Net International, Inc.* | */s/ David E. Moore*<br>Richard L. Horwitz (ID No. 2246)<br>David E. Moore (ID No. 3983)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, Delaware 19801<br>Tel.: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.* |
| */s/ Matt Neiderman*<br>Matt Neiderman (ID No. 4018)<br>Benjamin A. Smyth (ID No. 5528)<br>DUANE MORRIS LLP<br>222 Delaware Avenue, Suite 1600<br>Wilmington, Delaware 19801<br>Tel.: (302) 657-4900<br>Fax: (302) 657-4901<br>MNeiderman@duanemorris.com<br>BASmyth@duanemorris.com<br><br>*Attorneys for Defendants Capital One Bank (USA), National Association; Capital One, National Association; and ING Bank, fsb* | */s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899<br>Tel: (302) 651-3000<br>Fax: (302) 651-3001<br>rob.saunders@skadden.com<br><br>*Attorney for Defendant JPMorgan Chase & Co.* |

It is so ordered this ___ day of _____, 2013

_____
UNITED STATES DISTRICT COURT JUDGE