**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) | C.A. No. 12-280-RGA |
| | ) | |
| Defendants-Counterclaimants. | ) | |
| | ) | |
| | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | |
| ) | |
| CAPITAL ONE FINANCIAL  ) | |
| CORPORATION; ING BANK, FSB;  ) | C.A. No. 12-356-RGA |
| CAPITAL ONE, NATIONAL  ) | |
| ASSOCIATION; and CAPITAL ONE BANK  ) | |
| (USA), NATIONAL ASSOCIATION,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to Paragraph 10 of the Court's July 17, 2012 Scheduling Order, as amended December 11, 2012, Plaintiff Pi-Net International, Inc. ("Pi-Net") and Defendants Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, JPMorgan Chase & Co., Citizens Financial Group, Inc., Capital One Financial Corporation, ING Bank, FSB, Capital One, N.A. and Capital One Bank (USA), N.A. ("Defendants") submit this Joint Claim Construction Chart for certain limitations of the asserted claims of the three patents-in-suit − claims 1-7, 10-12, 14-17 and 35 of U.S. Patent No. 5,987,500 ("the '500 patent"), claims 1-6 and 11 of U.S. Patent No. 8,037,158 ("the '158 patent"), and claims 1-8 and 10-12 of U.S. Patent No. 8,108,492 ("the '492 patent").

In the chart below, for purposes of citing the intrinsic specification evidence, the Parties cite only to the specification of the '492 Patent.  The specifications of all three Patents are identical, and, therefore, citing the specification of only one patent will reduce the volume of the submission and, the Parties believe, make it easier for the Court to read and follow.

2

The parties are also submitting consecutively paginated excerpts from the prosecution histories of the three patents, and all page numbers are to those appendices.

## I. Agreed Construction

| Limitation | Claims | Agreed Construction |
|---|---|---|
| "transaction[s]" | '500 patent: 1, 10, 35<br><br>'158 patent: 1, 7-11<br><br>'492 patent: 1, 6-8, 10-12 | "any type of commercial or other type of interaction that a user may want to perform" |

## II. Claim Terms For Which Pi-Net and Defendants Propose Different Constructions

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "real-time" | '500 patent: 1, 10, 35<br><br>'158 patent: 1<br><br>'492 patent: 1, 6-8, 10-12 | "in a non-deferred manner, without assembling, disassembling, formatting, or reformatting the transaction information"<br><br>'492 patent, C1:L39-48<br><br>May 6, 2011 Amendment and Applicant Remarks in prosecution of '158 patent, at 6-7 (Pgs. 187-88 of the attached excerpts from the prosecution history)<br><br>July 2, 2012 Applicant's Response, Arguments and Remarks in prosecution of U.S. Patent No. 8,346,894, at 17-19. | Plain and ordinary meaning.<br><br>Col 1 lines 47-48<br>Col 2 lines 24-34, 29-45, 50-54<br>Col 5 lines 45-59<br>Col 6 lines 7-17<br>Col 7 lines 10-23<br><br>'500 Prosecution History Excerpts pp. 20-24.<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-117, 164, 187<br><br>'492 Prosecution History Excerpts pp. 36, 42, 48, 50-54, 66-67, 69, 70, 72-73, 76, 78. |

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "atop" "on top" | '158 patent: 1 <br><br> '492 patent: 1 | Plain and ordinary meaning, *i.e.*, "on" <br><br><br> '492 patent, C5:L25-27, C5:L59-61 and C6:L30-33. | "OSI Level 7." <br><br> Figure 3 <br><br> Col 5 lines 21-23 |
| "exchange" | '158 patent: 2 | "Web page and at least two applications; displays web page that includes a list of applications" <br><br> '492 patent C6:18-20, C6:L39-41 | "POSvc Application list of at least one Web application on a Web page and associated software for switching and routing the object with information entries and attributes to a back-end transactional application." <br><br> Figure 4B <br> Figure 5D <br> Figure 8 <br> Col 6 lines 8-14.18-21, 39-41 <br> Col 9 lines 26-30 <br><br> '158 Prosecution History Excerpts pp. 147, 166 |

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "object routing" | '158 patent: 4, 5 | "system for transmitting data on a network using the TransWeb Management Protocol in which a unique IP address is hierarchically assigned to each network object, *e.g.,* including each bank account"<br><br>'492 patent 2:60-61, 3:45-47, 6:33-38, 7:62-67 and 8:1-39.<br><br>March 30, 1999 Preliminary Amendment to '500 patent at 12-13.  (Pgs. 23-24 of the attached excerpts from the prosecution history.) | "Communicating between a POSvc Application and a back-end transactional application individual data structure with information entries and attributes (i.e., objects) over the application layer of the OSI model."<br><br>Abstract<br>Figure 5D<br>Col 2 lines 62-67<br>Col 4 lines 62-64<br>Col 5 lines 23-27<br>Col 8 lines 3-15<br><br>'500 Prosecution History Excerpts pp. 20-24<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-17, 147-148, 185-189 |
| "transactional services" | '500 patent: 1, 7, 10<br><br>'492 patent: 10 | Plain and ordinary meaning. | "Online services from a web application."<br><br>Abstract<br>Figure 8<br>Col 2 lines 24-29<br>Col 5 lines 50-58<br><br>'500 Prosecution History Excerpts pp. 20-24<br><br>'492 Prosecution History Excerpts pp. 43, 74. |

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "Web transaction[s]" | '158 patent: 1, 7-11<br><br>'492 patent: 1, 6-8, 10-12 | Plain and ordinary meaning. | "Web transaction from a POSvc application displayed on a Web page."<br><br>Abstract<br>Figure 5A<br>Figure 8<br>Col 2 lines 24-29<br>Col 5 lines 50-58<br>Col 6 lines 6-17<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-117<br><br>'492 Prosecution History Excerpts pp. 50, 66-67, 76-78. |
| "transaction link" | '500 patent: 3, 12, 35 | Plain and ordinary meaning. | "Connecting between the POSvc Application on the web page and the application performing the requested transaction using object routing (see separate definition)"<br><br>Figure 5D<br><br>'500 Prosecution History Excerpts pp. 20-24 |

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "network" | '500 patent: 1, 10, 35<br><br>'158 patent: 1<br><br>'492 patent: 1, 6, 9, 12 | "interconnected set of devices that communicate with each other"<br><br>'492 patent, C3:L36-37, C5:L5-10, C5:L25-27, C5:L9-C6:L5, C6:L30-33, and C8:L57-60 | Cannot define "network" by itself, because "network" has a meaning that depends on the word(s) preceding or following "network." Thus , the claims have the terms:<br><br>"Network application" ('500)<br><br>"Value-added network service provider" ('500)<br><br>"service network atop the World Wide Web" ('158)<br><br>"value-added network (VAN) switch" ('492)<br><br>"a service network running on top of the facilities network" ('492)<br><br>"value-added network (VAN) service or online service atop the Web" ('492)<br><br>"service network" ('492)<br><br>"IP-based facilities network" ('492)<br><br>Generally, in the three patents, network means "online service network running on top of the web"<br><br>'492 Prosecution History Excerpts p. 34. |

7

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "Web application[s]" | '158 patent: 1-11<br><br>'492 patent: 1-13 | Plain and ordinary meaning. | "Point of service application on a web page."<br><br>Figure 5C<br>Figure 5D<br>Figure 8<br>Col 2 lines 54-59<br>Col 3 lines 29-32<br>Col 6 lines 22-24, 41-44, 51-58<br>Col 6 line 65 to Col 7 line 50<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-117, 164, 187<br><br>'492 Prosecution History Excerpts pp. 48-54, 66-68. |
| "network application" | '500 patent: 1, 3, 10, 12, 35 | "Plain and ordinary meaning" | "POSvc Application on a web page"<br><br>Figure 5C<br>Figure 5D<br>Figure 8<br>Col 2 lines 54-59<br>Col 3 lines 29-32<br>Col 6 lines 22-24, 41-44, 51-58<br>Col 6 line 65 to Col 7 line 50<br><br>'500 Prosecution History Excerpts pp. 20-24 |

| Limitation | Claims | Defendants' Construction | Pi-Net's Construction |
|---|---|---|---|
| "virtual information store" | '158 patent: 6, 7 | This claim term is indefinite. | "An information store that is temporarily created, and which contains information entries and attributes of an object. (These can be HTTP or SOAP messages comprising header fields and a message body that includes attributes and information entries in a Web transaction.)"<br><br>Abstract<br>Col 2 lines 60-68<br>Col 8 lines 8-26<br><br>'158 Prosecution History Excerpts pp. 164-168 |
| "distributed on-line service information bases" | '158 patent: 5 | This claim term is indefinite. | "Information stores that are temporarily created, and which contains information entries and attributes of an object. (These can be HTTP or SOAP messages comprising header fields and a message body that includes attributes and information entries in a Web transaction.)"<br><br>Abstract<br>Col 2 lines 60-68<br>Col 8 lines 8-15<br><br>'158 Prosecution History Excerpts pp. 164-168 |

## II.  Claim Terms That Defendants Assert Are Indefinite

A.     Claim limitations that are subject to Defendants' pending Motion for Partial
       <u>Summary Judgment of Indefiniteness</u>

| Limitation | Claims | Dfndnts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for transmitting a transaction request from said transactional application" | '500 patent: 1, 35 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is to transmit a request for a transaction from the transactional application.<br><br>Structure is the Exchange component, as defined in the Patent. "FIG. 5B illustrates exchange 501. Exchange 501 comprises Web page 505 and point-of-service (POSvc) applications 510. … Exchange 501 creates and allows for the management (or distributed control) of a service network, operating within the boundaries of an IP-based facilities network. … Exchange 501 processes the consumer's request and displays an exchange Web page 505 that includes a list of POSvc applications 510 accessible by exchange 501."<br>(Thus the Exchange is the POSvc Application {which by definition includes the data structure with information entries and attributes} which is listed on the Web page and associated software for switching and routing the object with information entries and attributes to a back-end transactional application.<br><br>Figure 4B<br>Figure 5D<br>Col 6 lines 18-20, 30-32, 39-41<br><br>'500 Prosecution History Excerpts pp. 20-24 |
| "means for processing said transaction request" | '500 patent: 1, 5, 35 | This claim term is indefinite. | Means-plus-function element:<br>Function is to process the transaction request.<br><br>Structure is a general processor for reasons stated in the briefing before the Court. The general processor can be "a processor 202" as described in the Patent. "Processor 202 may be any of a wide variety of general purpose processors or microprocessors" which has the ability to process instructions and data from a data storage |

| Limitation | Claims | Dfndnts' Position | Pi-Net's Construction |
|---|---|---|---|
| | | | medium, and execute an instruction stream.<br><br>Figure 2<br>Figure 4A:<br><br><br><br>Col 4 lines 4-5, 20-36<br><br>'500 Prosecution History Excerpts pp. 20-24 |
| "computer system executing the Back-end transactional application for processing the transaction request in real-time" | '492 patent: 1, 8 | This claim term is indefinite. | This is not a means-plus-function element, and the terms have their ordinary meaning.<br><br>If any construction is required, then the term "Back-end transactional application" means an application provided by the web merchant or value-added network service provider that corresponds to the front-end POSvc Application on a Web page.<br><br>The term "transaction" is elsewhere defined; and the parties agree that "real-time" is ordinary meaning.<br><br>In the event that the term is a means-plus-function element, which it is not, then the function is the executing of the Back-end transactional application for processing the transaction request in real-time.<br><br>The structures are one or more of the computer systems as shown in:<br><br>Figure 2;<br><br>Figure 4B: |

| Limitation | Claims | Dfndnts' Position | Pi-Net's Construction |
|---|---|---|---|
| | | | The structure shown in Figure 5 D:<br><br><br><br>Or, the structure described in the Patent as<br><br>"a host or data repository 575 in the Bank "Back Office."   The Bank Back Office comprises legacy databases and other data repositories that are utilized by the Bank to store its data." Col 7 lines 1-4<br><br>Col 7 lines 1-4<br><br>'492 Prosecution History Excerpts pp. 27, 50-51, 69-71, 77. |
| "keeping a transaction flow captive" | '500 patent: 1, 10, 35 | This claim term is indefinite. | "Maintain continuous control (over a real-time Web transaction)"<br><br>Figure 5D<br>Figure 5E<br>Figure 6A<br>Figure 8<br>Col 5 lines 23-27<br>Col 8 lines 52-52-63<br>Col 9 lines 24-37<br><br>'500 Prosecution History Excerpts pp. 21-22 |
| "a routed transactional data | '158 patent: 1 | This claim term is | "A data structure with information entries and attributes displayed in a POSvc Application on a |

| Limitation | Claims | Dfndnts' Position | Pi-Net's Construction |
|---|---|---|---|
| structure that is both complete and non-deferred, in addition to being specific to the point-of-service application" | | indefinite. | Web page for the specified real-time Web transaction from the specific Web application, which is routed from the front-end POSvc Application on a Web page over an online service network on the Web to a Back Office transactional application or application of a value-added network service provider or Web merchant"

See definition of "object routing" ("Communicating between a POSvc Application and a back-end transactional application individual data structure with information entries and attributes (i.e., objects) over the application layer of the OSI model.")

Abstract
Figure 5C
Figure 5D
Figure 8
Col 2 lines 49-67
Col 4 lines 62-64
Col 5 lines 23-27
Col 6 line 18 to Col 7 line 23
Col 8 lines 3-15

'158 Prosecution History Excerpts pp. 93-94, 116-117, 164-165, 187 |

B.    Additional claim terms that Defendants assert are indefinite and are not in "means-plus-function" format:

| Limitation | Claims | Dfndnts' Position | Pi-Net's Construction |
|---|---|---|---|
| "point-of-service application[s]" | '158 patent: 1

'492 patent: 1, 3, 12, 13 | This claim term is indefinite. | "A Web application displayed on a web page, and displaying an "object" data structure in the Web application with attributes and provision for return of information entries from the Web merchant's or value-added network service provider's system corresponding to the Web transaction request at the Web application based |
| "point-of-service | '492 patent: | | |

| Limitation | Claims | Dfendnts' Position | Pi-Net's Construction |
|---|---|---|---|
| Web applications" | 3 | | on inputs for the values of the attributes at the front-end POSvc Application"<br><br>Figure 5C<br>Figure 5D<br>Figure 8<br>Col 3 lines 29-32<br>Col 6 lines 22-25<br>Col 6 line 39 to Col 7 line 38<br>Col 9 lines 24-37<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-17, 147-148, 185-189<br><br>'492 Prosecution History Excerpts pp. 24, 35, 48-54, 66-78. |
| "transactional application[s]"<br><br>"back-end transactional application[s]" | '500 patent: 1-4, 10-12, 14, 35<br><br>'158 patent: 8<br><br>'492 patent: 1, 8, 10, 12 | This claim term is indefinite. | "an application provided by the web merchant or value-added network service provider that corresponds to the front-end POSvc Application on a Web page"<br><br>Figure 5D<br>Figure 8<br>Col 2 lines 49-59<br>Col 5 lines 55-59<br>Col 6 lines 22-25<br>Col 9 lines 24-37<br><br>'500 Prosecution History Excerpts pp. 20-24<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-117, 187-188<br><br>'492 Prosecution History Excerpts pp. 50-51, 69-77. |
| "the selected back-end transactional application" | '492 patent: 10 | This claim term is indefinite. | "The selected application offered by the value-added network service provider or Web merchant that corresponds to the front-end POSvc Application on a Web page"<br><br>Figure 5D |

| Limitation | Claims | Dfendnts' Position | Pi-Net's Construction |
|---|---|---|---|
| | | | Figure 8<br>Col 2 lines 49-59<br>Col 5 lines 55-59<br>Col 6 lines 22-25<br>Col 9 lines 24-37<br><br>'500 Prosecution History Excerpts pp. 20-24<br><br>'158 Prosecution History Excerpts pp. 93-94, 116-117, 187-188<br><br>'492 Prosecution History Excerpts pp. 50-51, 69-77. |
| "service network" | '158 patent: 1<br><br>'492 patent: 1, 6, 10, 12 | This claim term is indefinite. | "An online network."<br><br>Figure 4B<br>Col 5 lines 17-26<br>Col 5 lines 55-59<br><br>'158 Prosecution History Excerpts pp. 94-95, 147<br><br>'492 Prosecution History Excerpts pp. 34, 35, 44, 48-53, 66-78, 83, 89. |

| Limitation | Claims | Dfendnts' Position | Pi-Net's Construction |
|---|---|---|---|
| "value-added network (VAN) switch" | '500 patent: 1-7, 10-12 and 14-17<br><br>'492 patent: 1, 10 | This claim term is indefinite. | Value-Added Network: means an online service network comprising a Web application (i.e., POSvc application).<br><br>Switch: Structure connecting the object sender and the object receiver between the POSvc Application on a web page and the transactional application at the OSI Application layer.<br><br>Value Added Network (VAN) Switch is thus a structure connecting the object sender and the object receiver between the POSvc Application on a web page and the transactional application at the OSI Application layer on an online service network comprising a Web application (i.e., POSvc application).<br><br>Figure 6A<br>Figure 7<br>Col 3 lines 35, 38-39<br>Col 8 line 41 to Col 9 line 37<br><br>'500 Prosecution History Excerpts pp. 20-24<br><br>'492 Prosecution History Excerpts pp. 66-78. |
| "switching" | '500 patent: 10, 11<br><br>'492 patent: 3, 10 | This claim term is indefinite. | "Application layer switching at the application layer 7 of the OSI model connecting the object sender and the object receiver between the POSvc Application on a webpage and the transactional application"<br><br>Figure 8<br>Col 2 lines 49-59<br>Col 4 lines 62-64<br>Col 5 lines 21-27, 61-63<br>Col 7 line 62 to Col 8 line 2<br>Col 8 lines 52-63<br><br>'500 Prosecution History Excerpts pp. 20-24<br><br>'492 Prosecution History Excerpts pp. 66-78. |

| Limitation | Claims | Dfendnts' Position | Pi-Net's Construction |
|---|---|---|---|
| "management agent" | '158 patent: 3 | This claim term is indefinite. | "Management agent" is ordinary meaning.<br><br>Figure 6A<br><br>'158 Prosecution History Excerpts pp. 164-167 |
| "value-added network service provider" | '500 patent: 1, 4, 7, 10, 17, 35 | This claim term is indefinite. | "Web merchant, or the provider of the POSvc Application on a web page that provides transactional capabilities to users who desire to access the Web merchant's or value-added network service provider's services via the Web.<br><br>Col 2 lines 49-59<br>Col 5 lines 50-59<br>Col 6 lines 58-64<br>Col 7 lines 10-50<br><br>'500 Prosecution History Excerpts p. 21-22 |
| "value-added network system" | '500 patent: 35 | This claim term is indefinite | "A value-added network is an online service network comprising a Web application (i.e., POSvc application).  A value-added network system is one that enables real-time Web transactions from a POSvc application on a Web page."<br><br>Figure 4B<br>Col 2 lines 49-59<br>Col 5 lines 50-59<br>Col 6 lines 58-64<br>Col 7 lines 10-50<br><br>'500 Prosecution History Excerpts pp. 20-24. |
| "said user application" | '500 patent: 35 | This claim term is indefinite and lacks antecedent basis. | The "said user application" is the "network application."  The terms "user application," "network application," and "POSvc application" are synonymous. |

C.    Additional claim terms that Defendants assert are indefinite and are in <u>means-plus-function format</u>:

| Means-Plus-Function Limitation | Claims | Dfndts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for receiving said user specification" | '500 patent: 2, 4 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is receiving said user specification.<br><br>Structure is a Web server.<br><br>Figure 5A<br>Figure 5C<br>Figure 5D<br>Figure 6B<br>Figure 8<br>Col 3 lines 25-41<br>Col 5 lines 59-64<br>Col 6 lines 6-16<br>Col 8 lines 16-19<br><br>'500 Prosecution History Excerpts pp. 20-24 |
| "means for enabling a switch to said transactional application" | '500 patent: 2 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is enabling a switch to the transactional application.<br><br>Structure is Boundary Service 701 in the VAN Switch. "Specifically, boundary service 701 provides the interfaces between VAN switch 520, the Internet and the Web, and Multi-media end user devices such as PCs…. Boundary service 701 also provides the interface to the on-line service provider." ('492 Patent Col 8 lines 43-48)<br><br>Col 8 lines 43-48<br><br>'500 Prosecution History Excerpts pp. 20-24. |

| Means-Plus-Function Limitation | Claims | Dfndts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for activating said transactional application" | '500 patent: 2, 3 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is to activate the transactional application.<br><br>Structure is the selected Point-of-Service application from the list of Point-of-Service applications displayed on the graphical user interface on a web page.<br><br>Figure 5C<br>Figure 5D<br>Figure 8<br>Col 3 lines 29-32<br>Col 6 lines 22-25<br>Col 6 line 39 to Col 7 line 38<br>Col 9 lines 24-37<br><br>'500 Prosecution History Excerpts pp. 20-24 |
| "means for presenting said user with a list of transactional applications" | '500 patent: 4 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is to present user with a list of transactional applications.<br><br>Structure is the webpage that includes POSvc Applications, as depicted in Figures 5C and 5D.<br><br>Figure 5C<br>Figure 5D<br>Figure 8<br>Col 3 lines 29-32<br>Col 6 lines 22-25<br>Col 6 line 39 to Col 7 line 38<br>Col 9 lines 24-37<br><br>'500 Prosecution History Excerpts pp. 20-24. |

| Means-Plus-Function Limitation | Claims | Dfndts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for submitting said user specification according to a user's selection of said transactional application from said list of transactional applications" | '500 patent: 4 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is submitting said user specification according to a user's selection of said transactional application from said list of transactional applications.<br><br>Structure is the interactive data structure displayed on a Web page that includes information entries and attributes in a Web application displayed via the graphical user interface component. ('492 Patent Col 6 lines 41-50: "The POSvc list is displayed via the graphical user interface component. One embodiment of the present invention supports HyperText Markup Language as the graphical user interface component. Virtual Reality Markup Language and Java™ are also supported by this embodiment. A variety of other graphical user interface standards can also be utilized to implement the graphical user interface." And, Col 9 lines 28-33: "The exchange activates a graphical user interface to present user with a list of POSvc application options in step 808. In step 810, the user makes a selection from the POSvc Application list.")<br><br>Figure 4B<br>Figure 5D<br>Col 6 lines 41-64<br>Col 7 lines 5-9<br>Col 9 lines 28-33<br>Generally, Col 6 line 51 to Col 7 line 50<br><br>'500 Prosecution History Excerpts pp. 20-24. |

| Means-Plus-Function Limitation | Claims | Dfndts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for coupling said means for transmitting to a host means" | '500 patent: 5 | This claim term is indefinite. | Preliminary note: "Host means" is not a means-plus-function element, and "host" has its ordinary meaning. See *Enova Tech. Corp. v. Initio Corp.*, 2012 U.S. Dist. LEXIS 182589 (D. Del. 2012) ("Court's Construction [of "host"]: Ordinary meaning.")<br><br>Means-plus-function element:<br><br>Function is to couple the transmitting means to the host means.<br><br>Structure is the Point-of-Service application 510 on a Web page.<br><br>Figure 4B<br>Figure 5C<br>Figure 5D<br>Figure 8<br>Col 3 lines 29-32<br>Col 6 lines 22-25<br>Col 6 line 39 to Col 7 line 38<br>Col 9 lines 24-37<br><br>'500 Prosecution History Excerpts pp. 20-24. |

| Means-Plus-Function Limitation | Claims | Dfndts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for switching to a transactional application in response to a user specification from a network application" | '500 patent: 1, 35 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is to switch to a transactional application in response to a user specification from a network application.<br><br>Structure is the "Switching Service 702," which is "a routing switch within the 'application layer' of the OSI model" "in application layer 307."<br><br>Figure 4A<br>Figure 8<br>Col 2 lines 49-59<br>Col 4 lines 62-64<br>Col 5 lines 21-27, 61-63<br>Col 7 line 62 to Col 8 line 2<br>Col 8 lines 52-63<br><br>'500 Prosecution History Excerpts pp. 20-24. |
| "means for activating an agent to create a transaction link between said user application and said transactional application" | '500 patent: 35 | This claim term is indefinite. | Function is to activate an agent to create a transaction link between the user application and the transactional application.<br><br>Structure is information entries in an object in a Point-of-Service (POSvc) application on a Web page.<br><br>Figure 5D<br>Col 6 lines 51-64<br>Col 7 lines 5-9<br>Generally, Col 6 line 51 to Col 7 line 50<br><br>'500 Prosecution History Excerpts pp. 20-24. |

| Means-Plus-Function Limitation | Claims | Dfndts' Position | Pi-Net's Construction |
|---|---|---|---|
| "means for creating a transaction link between said network application and said transactional application" | '500 patent: 3 | This claim term is indefinite. | Means-plus-function element:<br><br>Function is to create a transaction link between the network application and the transactional application.<br><br>Structure is the object data structure (with information entries and attributes) displayed (e.g. checking account object in POSvc application 510 in Fig. 5D) in the selected Point-of-Service application as displayed by Web server on web page. "As illustrated in FIG. 5D, once the connection is made between POSvc application 510(1), for example, and services, an operator agent on Web server 104 may be activated to ensure the availability of distributed functions and capabilities."<br><br>Figure 4B<br>Figure 5D<br>Col 6 lines 51-64<br>Col 7 lines 5-9<br><br>'500 Prosecution History Excerpts pp. 20-24. |

Dated:  March 13, 2013

Respectfully submitted,

| | |
|---|---|
| */s/ George Pazuniak*<br>George Pazuniak (DE Bar No. 478)<br>PAZUNIAK LAW OFFICE LLC<br>1201 North Orange Street<br>7th floor, Suite 7114<br>Wilmington, DE 19801-1186<br>Tel: 302-478-4230<br>GP@del-iplaw.com<br><br>*Attorneys for Plaintiff Pi-Net International,*<br>*Inc.* | |
| */s/ Richard L. Horwitz*<br>Richard L. Horwitz (DE Bar No. 2246)<br>David Ellis Moore (DE Bar No. 3983)<br>POTTER ANDERSON & CORROON<br>Hercules Plaza<br>131 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>rhorwitz@Potteranderson.com<br>dmoore@Potteranderson.com<br><br>Kevin J. Culligan (admitted *pro hac vice*)<br>John P. Hanish (admitted *pro hac vice*)<br>GOODWIN PROCTER LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br>kculligan@goodwinprocter.com<br>jhanish@goodwinprocter.com<br><br>*Counsel for Defendants and Counterclaim-*<br>*Plaintiffs Bank of America, N.A. and Merrill*<br>*Lynch, Pierce, Fenner & Smith Incorporated* | */s/ Richard L. Horwitz*<br>Richard L. Horwitz (DE Bar No. 2246)<br>David Ellis Moore (DE Bar No. 3983)<br>POTTER ANDERSON & CORROON<br>Hercules Plaza<br>131 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>rhorwitz@Potteranderson.com<br>dmoore@Potteranderson.com<br><br>James R. Klaiber (*Pro Hac Vice*)<br>PRYOR CASHMAN LLP<br>7 Times Square, 38th Floor<br>New York, NY  10036-6569<br>Tel:  (212) 326-0425<br>Fax: (212) 798-6343<br>jklaiber@pryorcashman.com<br><br>*Attorneys for Defendant*<br>*Citizens Financial Group, Inc.* |
| */s/ Brian M. Buroker*<br>Brian M. Buroker (*Pro Hac Vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539<br>bburoker@gibsondunn.com | */s/ Robert S. Saunders*<br>Robert S. Saunders (ID No. 3027)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>   FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware  19899<br>Tel:  (302) 651-3000 |

| | |
|---|---|
| *Attorneys for Defendants Capital One Financial Corporation, ING Bank, fsb, Capital One, National Association, and Capital One Bank (USA), National Association* | Fax:  (302) 651-3001<br>rob.saunders@skadden.com<br><br>*Attorneys for Defendant JPMorgan Chase & Co.* |