**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>   Defendants-Counterclaimants. | C.A. No. 12-280-RGA |
| PI-NET INTERNATIONAL INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE & CO.,<br><br>   Defendant. | C.A. No. 12-282-RGA |
| PI-NET INTERNATIONAL, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>CITIZENS FINANCIAL GROUP, INC.,<br><br>   Defendant. | C.A. No. 12-355-RGA |

**STIPULATED AMENDED BRIEFING SCHEDULE**

It is hereby stipulated by the Plaintiff and the Defendants in the above-captioned cases that, subject to the approval of the Court, the schedule for answering briefs and reply briefs in connection with Defendants' Motions for Summary Judgment of Indefiniteness, filed as D.I. 61 in C.A. No. 12-280; D.I. 59 in C.A. No. 12-282; and D.I. 54 in C.A. No. 12-355 shall be

amended as stated in the table below.

| **Briefs** | **Original Date** | **Amended Date** |
|---|---|---|
| Answering Brief | March 22, 2013 | April 1, 2013 |
| Reply Brief | April 1, 2013 | April 11, 2013 |

All other dates and deadlines are unchanged.

Respectfully submitted,

*/s/ George Pazuniak*
George Pazuniak (ID No. 478)
PAZUNIAK LAW OFFICE LLC
1201 North Orange Street, Suite 7114
Wilmington, Delaware  19801
Tel.: (302) 478-4230
GP@del-iplaw.com

*Attorney for Plaintiff Pi-Net International, Inc.*

*/s/ David E. Moore*
Richard L. Horwitz (ID No. 2246)
David E. Moore (ID No. 3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801
Tel.: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.*

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com

*Attorney for Defendant JPMorgan Chase & Co.*

It is so ordered this ___ day of _____, 2013

_____
UNITED STATES DISTRICT COURT JUDGE