**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 1:12-cv-00282-RGA |
| | : | |
| JPMORGAN CHASE & CO. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on April 22, 2013, Defendants' Answering Claim Construction Brief was served via electronic mail upon the following counsel of record:

    George Pazuniak
    **PAZUNIAK LAW OFFICE LLC**
    1201 North Orange Street
    7th Floor, Suite 7114
    Wilmington, Delaware 19801-1186
    Tel: (302) 478-4230
    GP@del-iplaw.com

    */s/ Robert S. Saunders*
    Robert S. Saunders (ID No. 3027)
    **SKADDEN, ARPS, SLATE,**
      **MEAGHER & FLOM LLP**
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Tel: (302) 651-3000
    Fax: (302) 651-3001
    Rob.Saunders@skadden.com

2

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
Four Times Square
New York, New York  10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant
JPMorgan Chase & Co.*

DATED:  April 23, 2013

2