## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-280-RGA |
| BANK OF AMERICA, N.A. and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) | |
| | ) | |
| Defendants-Counterclaimants. | ) | |
| | ) | |
| PI-NET INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| PI-NET INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAPITAL ONE FINANCIAL | ) |
| CORPORATION; ING BANK, FSB; | ) |
| CAPITAL ONE, NATIONAL | ) |
| ASSOCIATION; and CAPITAL ONE BANK | ) |
| (USA), NATIONAL ASSOCIATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |

C.A. No. 12-356-RGA

## APPENDICES TO

## JOINT CLAIM CONSTRUCTION BRIEF

Robert S. Saunders (DE Bar No. 3027)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com

*Attorneys for Defendant JPMorgan Chase &
Co.*

Matt Neiderman (DE Bar No. 4018)
Benjamin A. Smyth (DE Bar No. 5528)
DUANE MORRIS, LLP
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801-1659
Telephone: 302.657.4900
Facsimile: 302.657.4901

*Attorneys for Defendants Capital One
Financial Corp., ING Bank, fsb,
Capital One, National Association, &
Capital One Bank (USA), National
Association*

Richard L. Horwitz (DE Bar No. 2246)
David E. Moore (DE Bar No.  3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware  19801
Tel.:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Bank of America,
N.A.; Merrill Lynch, Pierce, Fenner & Smith
Incorporated & Citizens Financial Group, Inc.*

George Pazuniak (DE Bar No. 478)
O`KELLY ERNST & BIELLI, LLC
901 N. Market St.
Suite 1000
Wilmington, De 19801
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff
Pi-Net International, Inc.*

**TABLE OF CONTENTS**

| Appendix | Description |
|----------|-------------|
| A | Patent No. 5,987,500 |
| B | Patent No. 8,037,158 |
| C | Patent No. 8,108,492 |
| D | Excerpts from Prosecution History of Patent No. 5,987,500 |
| E | Excerpts from Prosecution History of Patent No. 8,037,158 |
| F | Excerpts from Prosecution History of Patent No. 8,108,492 |
| G | Provisional application from Prosecution History of Patent No. 8,108,492 |
| H | Excerpts from Ser. No. 12/628,066 |
| I | Patent 6,134,552 |
| J | Patent 6,363,421 |
| K | RFC 791 |
| L | "The World-Wide-Web" |
| M | Hearing Transcript excerpts |
| N | Defendants' references to "real-time" |
| O | RFC 1157 |
| P | RFC 1155 |
| Q | RFC 1696 |