IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-280-RGA |
| | : | |
| BANK OF AMERICA N.A., et al., | : | |
| | : | |
| Defendants. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-282-RGA |
| | : | |
| JPMORGAN CHASE & CO., | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 12-355-RGA |
| | : | |
| CITIZENS FINANCIAL GROUP INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

Whereas the Court has scheduled a *Markman* hearing for June 21, 2013;

Whereas the Joint Claim Construction Brief identifies 35 terms in dispute;

Whereas the Court is perfectly willing to construe some number of terms at a relatively early stage of the litigation when the parties have identified the core (and possibly case dispositive) issues;

Whereas some courts limit the number of terms to ten (*see, e.g.,* N.D.Cal. Patent L.R. 4-3(c));

Whereas when the parties have not sufficiently narrowed the claim construction issues, the Court's inclination is to wait until they do so;

Now, therefore, this 20th day of May, 2013, the *Markman* hearing is **CONTINUED INDEFINITELY**; and

The parties are directed to file a joint status report no later than two weeks from the date of this Order explaining when they intend to reduce the number of terms in dispute, and the approximate time period when the *Markman* hearing should be rescheduled.

/s/ Richard G. Andrews
United States District Judge