**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 1:12-cv-00282-RGA |
| : | |
| JPMORGAN CHASE & CO. : | |
| : | |
| Defendant. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 21, 2013, a copy of Defendants' Second Set of Common Interrogatories (Nos. 3-10) was served via electronic mail upon the following counsel of record:

> George Pazuniak
> O'Kelly Ernst & Bielli, LLC
> 901 N. Market St., Suite 1000
> Wilmington, Delaware  19801
> Tel.:  (302) 778-4000
> GP@del-iplaw.com

> */s/ Robert S. Saunders*
> Robert S. Saunders (ID No. 3027)
> SKADDEN, ARPS, SLATE,
>   MEAGHER & FLOM LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware  19899-0636
> Tel.:  (302) 651-3000
> Fax:  (302) 651-3001
> Rob.Saunders@skadden.com

2

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

DATED:  May 21, 2013

2