# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JPMORGAN CHASE & CO.,** )<br>)<br>**Defendant.** )<br>) | C.A. No. 12-282-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 21, 2013, Plaintiff Pi-Net International, Inc., served the following:

Plaintiff's First Set of Interrogatories; and Second Set of Requests for Documents

on counsel for the Defendant by electronic mail as follows:

Rob.Saunders@skadden.com; Daniel.Devito@skadden.com; Douglas.Nemec@skadden.com; Edward.Tulin@skadden.com; Andrew.Gish@skadden.com

Dated: May 21, 2013

>  */s/ George Pazuniak*
> George Pazuniak (DE Bar No. 478)
> O'KELLY ERNST & BIELLI, LLC
> 901 North Market Street, Suite 1000
> Wilmington, DE 19801
> Tel: 302-478-4230
> GP@del-iplaw.com
>
> *Attorneys for Plaintiff Pi-Net Int'l, Inc.*