**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,                )<br>                                                                  )<br>            Plaintiff,                               )<br>                                                                  )<br>    v.                                                       )<br>                                                                  )<br>BANK OF AMERICA, N.A. and MERRILL   )<br>LYNCH, PIERCE, FENNER & SMITH        )<br>INCORPORATED,                                    )<br>                                                                  )<br>            Defendants-Counterclaimants.   )<br>                                                                  ) | C.A. No. 12-280-RGA |
| PI-NET INTERNATIONAL INC.,                 )<br>                                                                  )<br>            Plaintiff,                               )<br>                                                                  )<br>    v.                                                       )<br>                                                                  )<br>JPMORGAN CHASE & CO.,                      )<br>                                                                  )<br>            Defendant.                             )<br>                                                                  ) | C.A. No. 12-282-RGA |
| PI-NET INTERNATIONAL, INC.,                )<br>                                                                  )<br>            Plaintiff,                               )<br>                                                                  )<br>    v.                                                       )<br>                                                                  )<br>CITIZENS FINANCIAL GROUP, INC.,       )<br>                                                                  )<br>            Defendant.                             )<br>                                                                  ) | C.A. No. 12-355-RGA |

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPITAL ONE FINANCIAL )<br>CORPORATION; ING BANK, FSB; )<br>CAPITAL ONE, NATIONAL )<br>ASSOCIATION; and CAPITAL ONE BANK )<br>(USA), NATIONAL ASSOCIATION, )<br>)<br>Defendants. )<br>) | C.A. No. 12-356-RGA |

## **STIPULATED AMENDED SCHEDULING ORDER**

It is hereby stipulated by the Plaintiff and the Defendants (collectively, "the Parties") in the above-captioned cases that, subject to the approval of the Court, the deadline for the Parties to complete fact discovery shall be extended until September 18, 2013 as stated in the table below.

| **Deadline** | **Original Date** | **Amended Date** |
|---|---|---|
| Fact Discovery Cutoff | July 12, 2013 | September 18, 2013 |

All other dates and deadlines remain unchanged.

DATED: June 3, 2013            Respectfully submitted,

*/s/ Robert S. Saunders*            */s/ David E. Moore*
Robert S. Saunders (ID No. 3027)      Richard L. Horwitz (ID No. 2246)
SKADDEN, ARPS, SLATE,           David E. Moore (ID No. 3983)
MEAGHER & FLOM LLP             POTTER ANDERSON & CORROON LLP
One Rodney Square                Hercules Plaza, 6th Floor
P.O. Box 636                        1313 N. Market Street
Wilmington, Delaware 19899        Wilmington, Delaware 19801
Tel: (302) 651-3000               Tel.: (302) 984-6000
Fax: (302) 651-3001               rhorwitz@potteranderson.com
rob.saunders@skadden.com         dmoore@potteranderson.com

*Attorneys for Defendant JPMorgan Chase & Co.*

*Attorneys for Defendants Bank of America, N.A.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; and Citizens Financial Group, Inc.*

*/s/ Benjamin A. Smyth*            */s/ George Pazuniak*
Matt Neiderman (Del. Bar No. 4018)   George Pazuniak (DE Bar No. 478)
Benjamin A. Smyth (Del. Bar No. 5528)   O'Kelly Ernst & Bielli, LLC
DUANE MORRIS, LLP             901 N. Market St. Suite 1000
222 Delaware Avenue, Suite 1600    Wilmington, De 19801
Wilmington, DE 19801-1659         Tel: 302-478-4230
Telephone: 302.657.4900            GP@del-iplaw.com
Facsimile: 302.657.4901

*Attorneys for Plaintiff Pi-Net International, Inc.*

*Attorneys for Defendants Capital One Financial Corporation, ING Bank, fsb, Capital One, National Association, and Capital One Bank (USA), National Association*

It is so ordered this __ day of June, 2013

_____
UNITED STATES DISTRICT COURT JUDGE