# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-282-RGA |
| JPMORGAN CHASE & CO., | ) ) ) | |
| Defendant. | ) ) | |
| PI-NET INTERNATIONAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-355-RGA |
| CITIZENS FINANCIAL GROUP, INC., | ) ) ) | |
| Defendant. | ) ) | |
| PI-NET INTERNATIONAL, INC., Plaintiff, v. CAPITAL ONE FINANCIAL CORPORATION; ING BANK, FSB; CAPITAL ONE, NATIONAL ASSOCIATION; and CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 12-356-RGA |

**NOTICE OF SERVICE**

The undersigned hereby certifies that Plaintiff served counsel of record for Defendants

with PLAINTIFF'S RESPONSES TO DEFENDANTS' SECOND SET OF COMMON

INTERROGATORIES (NOS. 3-10) on June 20, 2013.

/s/ George Pazuniak
George Pazuniak (#00478)
O'Kelly Ernst & Bielli, LLC
901 N. Market St.
Suite 1000
Wilmington, DE 19801
Tel: 301-478-4230
Facsimile: (302) 295-2873
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net International, Inc.*