**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE & CO.<br><br>    Defendant. | Civil No. 1:12-cv-00282-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on June 24, 2013, copies of (i) Defendant JPMorgan Chase & Co.'s Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-5), and (ii) Defendant JPMorgan Chase & Co.'s Responses and Objections to Plaintiff's Second Set of Requests for the Production of Documents and Things (Nos. 34-37) were served via electronic mail upon the following counsel of record:

  George Pazuniak
  O'Kelly Ernst & Bielli, LLC
  901 N. Market St., Suite 1000
  Wilmington, Delaware 19801
  Tel.: (302) 778-4000
  GP@del-iplaw.com

            */s/ Robert S. Saunders*
            Robert S. Saunders (ID No. 3027)
            SKADDEN, ARPS, SLATE,
             MEAGHER & FLOM LLP
            One Rodney Square
            P.O. Box 636
            Wilmington, Delaware  19899-0636
            Tel.: (302) 651-3000
            Fax: (302) 651-3001
            Rob.Saunders@skadden.com

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

DATED:  June 24, 2013