# O'KELLY ERNST & BIELLI, LLC

George Pazuniak
GP@Del-IPLaw.com
Direct: (302) 478-4230

901 N. Market Street
Suite 1000
Wilmington, DE 19801
Phone: (302) 778-4000
Fax: (302) 295-2873

August 23, 2013

The Honorable Richard G. Andrews
The United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      RE:    *Pi-Net International, Inc. v. JPMorgan Chase & Co.* (Case No. 12-282-RGA)

Dear Judge Andrews:

JPMorgan's letter (DI 88) unfortunately makes new unfounded accusations and seeks judicial approval to fundamentally change established protocol followed by all Delaware counsel:

1. JPMorgan filed the purported "joint letter" (DI 86) with the representation that this was a "Joint Letter to The Honorable Richard G. Andrews <u>from George Pazuniak</u>…," and applied Pi-Net's counsel's electronic signature to that letter. Yet, JPMorgan admits that Pi-Net's counsel never saw or authorized the filing.

2. The correspondence shows the parties agreed to file a joint letter. Throughout the many "joint" submissions in the coordinated cases, all the parties scrupulously adhered to that generally-accepted protocol. The exchange does not reasonably suggest that Pi-Net authorized JPMorgan to alter the basic canon that a party can file under opposing counsels' name only with their authority.

3. JPMorgan unfortunately accuses Pi-Net's counsel of "conduct … calculated to allow him to have the last word, in a separate paper, notwithstanding the parties' agreed procedure." In fact, Pi-Net was forced to respond to what JPMorgan now effectively admits was a false accusation in JPMorgan's unauthorized "joint" letter. A purported "joint" letter under the name of opposing counsel that accuses the opposing counsel

    of misrepresenting the record to the Court without giving that counsel an opportunity to comment cannot be justified.

4. JPMorgan's attempted "I did not agree before I agreed" explanation does not detract from the fact that Pi-Net's statement to the Court accurately quoted JPMorgan's record position, and that JPMorgan's accusations against Pi-net's counsel were unfounded.

                                           Respectfully Submitted,

                                           George Pazuniak

cc: Clerk of the Court (via ECF)
      Counsel of Record (via ECF)