IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 12-282-RGA |
| JPMORGAN CHASE & CO., | : | |
| Defendant. | : | |

**ORDER**

The Court has the parties' letters (D.I. 86, 87, 88, and 89) and hopes it will not get any more.

Defendant has requested a postponement of the schedule. Defendant notes an "initial pretrial conference" for March 14, 2004, as being oddly scheduled, but since the purpose of that conference was to figure out when and in which order the various defendants would have their trials, that conference no longer has a purpose and it is **CANCELLED.**

Defendant also notes that the Markman hearing and the case dispositive motions briefing are not logically arranged. I do think that needs to be adjusted. Thus, I am going to keep the current schedule, except as follows: the parties should agree on a case dispositive motions deadline such that briefing (no more than 20-20-10 pages per side) will be completed no later than one full week before the Markman hearing. The parties may need to agree on a quicker than usual turn around. The parties may also need to shorten the expert report and expert depositions deadlines. Any expert reports shall be in the alternative for whatever competing constructions the parties have. If the Court construes the disputed terms in an unanticipated way, the parties

will have fourteen days to supplement any expert report.

Argument on any case dispositive motions will be held in conjunction with the Markman argument.

The parties shall meet and confer and submit a jointly proposed scheduling order consistent with the above no later than September 6, 2013.

Aug. 23, 2013
Date

*Richard G. Andrews*
United States District Judge