**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**JPMORGAN CHASE & CO.,** )<br>)<br>**Defendant.** )<br>) | C.A. No. 12-282-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on August 28, 2013, Plaintiff Pi-Net International, Inc., served the following discovery:

A. Plaintiff served Plaintiff's Second Notice Of Deposition Of Defendant Pursuant To Rule 30(B)(6);

B. Plaintiff's Third Notice Of Deposition Of Individual Witnsses,

on counsel for the Defendant by electronic mail as follows:

Rob.Saunders@skadden.com; Daniel.Devito@skadden.com; Douglas.Nemec@skadden.com; Edward.Tulin@skadden.com; Andrew.Gish@skadden.com

>  */s/ George Pazuniak*
> George Pazuniak (DE Bar No. 478)
> O'KELLY ERNST & BIELLI, LLC
> 901 North Market Street, Suite 1000
> Wilmington, DE 19801
> Tel: 302-478-4230
> GP@del-iplaw.com
>
> *Attorneys for Plaintiff Pi-Net Int'l, Inc.*