## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC. | : |
| Plaintiff, | : |
| v. | : Civil No. 1:12-cv-00282-RGA |
| JPMORGAN CHASE & CO. | : |
| Defendant. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that (1) a copy of Defendant JPMorgan Chase & Co.'s Objections and Responses to Plaintiff's Notice of Deposition Pursuant To Fed. R. Civ. P. 30(B)(6) was served on August 21, 2013 via electronic mail; and (2) copies of (i) Defendant JPMorgan Chase & Co.'s Fourth Set of Requests for the Production of Documents and Things From Pi-Net (Nos. 111-113); and (ii) Defendant JP Morgan Chase & Co.'s First Set of Individual Interrogatories (Nos. 1-4) were served on August 27, 2013 via electronic mail, upon the following counsel of record:

> George Pazuniak
> O'Kelly Ernst & Bielli, LLC
> 901 N. Market St., Suite 1000
> Wilmington, Delaware 19801
> Tel.: (302) 778-4000
> GP@del-iplaw.com

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
Rob.Saunders@skadden.com

*Of Counsel*

Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
Fax:  (212) 735-2000
Daniel.Devito@skadden.com
Douglas.Nemec@skadden.com
Edward.Tulin@skadden.com
Andrew.Gish@skadden.com

*Attorneys  for Defendant
JPMorgan Chase & Co.*

DATED:  August 30, 2013