IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 12-282-RGA |
| ) | |
| JPMORGAN CHASE & CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATED AMENDMENT TO SCHEDULING ORDER

In accordance the Court's Order of August 23, 2013 (D.I. 90), the parties hereby stipulate, subject to the approval of the Court, that the Scheduling Order shall be amended as stated in the table below.

| | | |
|---|---|---|
| Close of Fact Discovery | September 18, 2013 | October 4, 2013 |
| Initial Disclosure of Expert Testimony | October 18, 2013 | October 25, 2013 |
| Oral argument on the Motion for Summary Judgment of Indefiniteness (D.I. 59 ) | November 25, 2013 at 2 PM | Unchanged |
| Rebuttal Expert Disclosures | November 18, 2013 | November 25, 2013 |
| Reply Expert Reports Due | December 18, 2013 | December 10, 2013 |
| Deadline for Expert Depositions | February 7, 2014 | January 17, 2014 |
| Deadline for Case Dispositive Motions | February 21, 2014 | January 29, 2014 |
| Answering Briefs on Case Dispositive Motions | | February 14, 2014 |
| Reply Briefs on Case Dispositive Motions | | February 26, 2014 |

| Markman and Case Dispositive Motion Hearing | March 6, 2014, at 9:30 am | Unchanged |
| --- | --- | --- |
| Initial Pretrial Conference | March 14, 2014 | Cancelled |
| Joint Proposed Pretrial Order Due (By 5PM) | May 20, 2014 | Unchanged |
| Final Pretrial Conference | May 23, 2014 | Unchanged |
| Trial | June 2, 2014 | Unchanged |

All other dates and deadlines are unchanged.

Respectfully submitted,

/s/  George Pazuniak
George Pazuniak, Esq. (Del. Bar No.  478)
O'KELLY ERNST & BIELLI, LLC
901 N. Market St.
Suite 1000
Wilmington, DE 19801
Telephone: 302-478-4230
E-mail: GP@del-iplaw.com

*Attorney for Plaintiff Pi-Net International, Inc.*

/s/ Robert S. Saunders
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899
Tel:  (302) 651-3000
rob.saunders@skadden.com

*Attorney for Defendant JPMorgan Chase & Co.*

It is so ordered this 9th day of Sept., 2013

_____
UNITED STATES DISTRICT COURT JUDGE