## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**PI-NET INTERNATIONAL, INC.,**

**Plaintiff,**

**v.**

**JPMORGAN CHASE & CO.**

**Defendant.**

**C.A. No. 1:12-cv-00282-RGA**

### PLAINTIFF'S REVISED THIRD AND FOURTH NOTICE OF DEPOSITION OF INDIVIDUAL WITNESSES

PLEASE TAKE NOTICE that Plaintiff Pi-Net International, Inc. ("Pi-Net") will take the deposition of the persons listed below on the dates and at the times listed below, or at such other date and time mutually agreed upon or ordered by the Court.

The deposition shall take place before an authorized court reporter at the locations listed below (or otherwise at the offices of O'KELLY ERNST & BIELLI, LLC, 901 N. Market St., Suite 1000, Wilmington, DE 19801, or at such other place mutually agreed upon or ordered by the Court):

| Witness | Date |
| --- | --- |
| Michael Hartman<br>Skadden Arps Office<br>Wilmington, DE | September 17, 2013 at 9:00 am |
| Michael O'Leary<br>Skadden Arps Office<br>Wilmington, DE | September 18, 2013 at 9:00 am |
| CathyMarinelli<br>Skadden Arps Office<br>Wilmington, DE | September 20, 2013 at 9:00 am |
| Pete Costanzo | September 24, 2013 at 9:00 am |

| Rick Romanelli<br>155 N. Wacker Drive<br>Chicago, Illinois 60606 | October 1, 2013 at 9:00 am |
| --- | --- |

DATED:  September 13, 2013          /s/ *George Pazuniak*_____
George Pazuniak, Esq. (Del. Bar No.  478)
O'KELLY ERNST & BIELLI, LLC
901 N. Market St., Suite 1000
Wilmington, DE 19801
Telephone: 302-478-4230
E-mail: GP@del-iplaw.com

*Attorney for Plaintiff Pi-Net International, Inc.*