# O'KELLY ERNST & BIELLI, LLC

George Pazuniak
GP@Del-IPLaw.com
Direct: (302) 478-4230

901 N. Market Street
Suite 1000
Wilmington, DE 19801
Phone: (302) 778-4000
Fax: (302) 295-2873

November 27, 2013

The Honorable Richard G. Andrews
The United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

RE:   *Pi-Net International, Inc. v. JPMorgan Chase & Co.* (Case No. 12-282-RGA)

Dear Judge Andrews:

    I have consulted with Defendant JPMorgan's counsel prior to sending this letter, who have graciously consented.

    I write to avoid any error arising from my failure to properly articulate a point during the hearing yesterday. In the discussion involving the "means for processing said transaction request," I started with the Patent Office's articulation of the structure for that means-plus-function limitation. I later said Pi-Net will likely challenge the Patent Office's positions, but I do not believe that I articulated that Plaintiff' Pi-Net has not changed its position that the corresponding structure of this means-plus-function limitation is the "Computer System 200," as stated in the parties' Joint Claim Chart (DI 64 pp. 10-11), in Pi-Net's answering brief on this motion (DI 66 pp. 12-14), and as supported by the Declaration of Dr. Bardash as shown on slide 16 of Pi-Net's presentation hand-up.

    Nevertheless, my argument to the Court would not and does not change whether we rely on "Computer System 200" or the "Back Office" -- that is, I would cite the same facts and law as I argued yesterday, and merely substitute on structure for the other.

    I apologize for any failure to properly articulate the above, and respectfully request the Court to consider this letter.

O'KELLY ERNST & BIELLI, LLC

November 27, 2013
Page 2 of 2

                              Respectfully Submitted,

                              */s/ George Pazuniak*

                              George Pazuniak

cc:    Clerk of the Court (via ECF)
        Counsel of Record (via ECF)