## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PI-NET INTERNATIONAL, INC. | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | :    Civil No. 1:12-cv-00282-RGA |
|  | : |
| JPMORGAN CHASE & CO. | : |
|  | : |
| Defendant. | : |
|  | : |

The attached Public version of Exhibit A is related to the following documents filed in the above-captioned action:

| 12/13/2013 | 105 | Letter to The Honorable Richard G. Andrews from Robert S. Saunders, Esq. regarding resolution of a discovery dispute between Defendant JPMorgan Chase & Co and Plaintiff Pi-Net International, Inc. - re Oral Order (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Certificate of Service) (Saunders, Robert) (Entered: 12/13/2013) |
|---|---|---|
| 12/13/2013 | 106 | [SEALED] EXHIBIT A re 105 Letter, by JPMorgan Chase & Co. (Attachments: # 1 Certificate of Service) (Saunders, Robert) Modified on 12/16/2013 (nms). (Entered: 12/13/2013) |

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware  19899-0636
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
Rob.Saunders@skadden.com

DATED:  January 2, 2014

728696-WILSR01A - MSW

**Tulin, Edward L (NYC)**

| | |
|---|---|
| **From:** | George Pazuniak <gp@del-iplaw.com> |
| **Sent:** | Tuesday, November 12, 2013 11:28 AM |
| **To:** | Tulin, Edward L (NYC); Saunders, Robert S (WIL); Raatz, Jessica (WIL); Gish, Andrew (NYC); Nemec, Douglas R (NYC) |
| **Subject:** | Case 1:12-cv-00282-RGA Pi-Net International Inc. v. JPMorgan Chase & Co. |
| **Attachments:** | Pi-Net Updated Privilege Log 2013-11-12.pdf |

Counsel,

In light of the Court hearing later today, I have rushed the finalization of a list of documents subject to Par. 26 of the Protective Order in this case, and which arose from Defendant's earlier identification of questionable documents.  That "claw-back" list is attached.
Because, it is rushed after taking a while to review with several layers, it may still contain some errors, but I believe is complete and accurate.
Please note that some of the documents on Defendant's list are included in the attached, and some are not.
Please feel free to call if there are any questions.

George

# REDACTED



REDACTED





# REDACTED

# REDACTED

# REDACTED

REDACTED

# REDACTED