IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-282-RGA |
| | ) |
| JPMORGAN CHASE & CO., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DEFENDANT'S RETAINED EXPERT, SUSAN SPIELMAN**

PLEASE TAKE NOTICE that Plaintiff respectfully moves to exclude testimony of Defendant's expert relating to invalidity, for failure to comply with the requirements of Federal Rule of Evidence 702 and *Daubert v. Merrill Dow Pharm., Inc.*, 509 U.S. 579 (1993).

The grounds for this motion are set forth in Plaintiff's Opening Brief, submitted herewith.

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net Int'l, Inc.*