# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE & CO., )<br>)<br>Defendant. )<br>) | C.A. No. 12-282-RGA |

## [PROPOSED] ORDER GRANTING
## PLAINTIFF'S MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
## DEFENDANT'S RETAINED EXPERT, SUSAN SPIELMAN

This matter having been brought before the Court by counsel for the above-captioned Plaintiff, seeking exclusion of certain testimony and opinions of Susan Spielman,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion is GRANTED.

2. Susan Spielman's testimony shall be limited in accordance with Plaintiff's motion.

Dated this _____ day of _____, 2014.

_____
Judge Richard G. Andrews
United States District Court Judge