# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,

                Plaintiff,

        v.

JPMORGAN CHASE & CO.,

                Defendant.

Civ. No. 1:12-cv-00282-RGA

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INDEFINITENESS, LACK OF ENABLEMENT, AND LACK OF WRITTEN DESCRIPTION UNDER 35 U.S.C. § 112

This matter having been brought before the Court by counsel for the above-captioned defendant, seeking summary judgment that all claims of the patents asserted against them are invalid for indefiniteness, lack of written description, and lack of enablement under 35 U.S.C. § 112, IT IS HEREBY ORDERED that:

1. Defendant's Motion is GRANTED.

2. The following claims are declared invalid: claims 1-6, 10-12, 14-16, and 35 from U.S. Patent No. 5,987,500; claim 4 from U.S. Patent No. 8,037,158; and claims 1-8 and 10-11 from U.S. Patent No. 8,108,492.

3. Plaintiff's counts of infringement based on the above claims are DISMISSED with prejudice.

Dated this _____ day of _____, 2014.

                                                  Judge Richard G. Andrews
                                                  United States District Court Judge