**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PI-NET INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>Defendant. | Civ. No. 1:12-cv-00282-RGA |

**JPMORGAN CHASE & CO.'S APPLICATION FOR
ORAL ARGUMENT PURSUANT TO DELAWARE LOCAL RULE 7.1.4**

Defendant JPMorgan Chase & Co. respectfully requests that the Court schedule oral argument on Defendant's Motion to Exclude Certain Testimony of Stevan Porter (D.I. No. 109), and Plaintiff Pi-Net International Inc.'s Motion to Exclude Expert Testimony of Susan Spielman (D.I. No. 115), Motion to Exclude Certain Testimony of Dr. Michael Siegel (D.I. No. 117), and Motion to Exclude Certain Testimony by Dawn Hall (D.I. No. 119), filed on January 29, 2014.

Respectfully submitted,

/s/ *Robert S. Saunders*

Robert S. Saunders (ID No. 3027)
Jessica Raatz Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware  19801
Tel:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant JPMorgan Chase & Co.*

OF COUNSEL:
Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel: (212) 735-3000

DATED:  March 5, 2014