## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,

                Plaintiff,

      v.

JPMORGAN CHASE & CO.,

                Defendant.

Civ. No. 1:12-cv-00282-RGA

## JOINT APPENDIX

## REDACTED VERSION
## FILED PUBLICLY
## MARCH 5, 2014

<table>
<tr><td>

George Pazuniak (ID No. 478)
O'KELLY ERNST & BIELLI, LLC
901 North Market Street
Suite 1000
Wilmington, Delaware 19801
Tel.: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff*
*Pi-Net International, Inc..*

</td><td>

Robert S. Saunders (ID No. 3027)
Jessica Raatz Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware  19801
Tel.:  (302) 651-3000
rob.saunders@skadden.com
jessica.kunz@skadden.com

OF COUNSEL:
Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
douglas.nemec@skadden.com

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

</td></tr>
</table>

DATED:  February 26, 2014

| Exhibit | Description |
|---------|-------------|
| AA. | First Expert Report of Dr. Michael Bardash Concerning Infringement of U.S. Patent Nos. 5,987,500; 8,037,158; and 8,108,492 |
| AB. | Second Expert Report of Dr. Michael Bardash Concerning U.S. Patent Nos. 5,987,500; 8,037,158; and 8,108,492 |
| AC. | Third Expert Report of Dr. Michael Bardash Concerning U.S. Patent Nos. 5,987,500; 8,037,158; and 8,108,492 |
| AD. | First Expert Report of William C. Easttom II Concerning Validity of U.S. Patent Nos. 5,987,500; 8,037,158; and 8,108,492 |
| AE. | Second Expert Report of William C. Easttom in Response to Report of Dawn Hall |
| AF. | Expert Report of Stevan Porter Pursuant to F.R.C.P. 26(a)(2) |
| AG. | Notice of Supplement to Expert Report of Stevan Porter (January 11, 2014) |
| AH. | Initial Expert Report of Dr. Michael Siegel |
| AI. | Reply Expert Report of Dr. Michael Siegel |
| AJ. | Initial Expert Report of Susan Spielman |
| AK. | Rebuttal Report of Susan Spielman Regarding Non-Infringement |
| AL. | Reply Expert Report of Susan Spielman |
| AM. | Expert Report and Disclosure of Dawn Hall |
| AN. | Transcript of the Deposition of Dr. Michael Bardash (January 8, 2014) |
| AO. | Transcript of the Deposition of Charles C. Easttom II (January 9, 2014) |
| AP. | Transcript of the Deposition of Stevan Porter (January 15, 2014) |
| AQ. | Transcript of the Deposition of Dr. Michael Siegel (December 20, 2013) |
| AR. | Transcript of the Deposition of Susan Spielman (December 17, 2013) |
| AS. | Transcript of the Deposition of Dawn Hall (January 10, 2014) |