IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,

      Plaintiff,

    v.                              Civil Action No. 12-282-RGA

JPMORGAN CHASE & CO.,

      Defendant.

## ORDER

Having reviewed the relevant papers, **IT IS ORDERED** that the Defendant's Motion for

Partial Summary Judgment of Indefiniteness (D.I. 59) **IS DENIED**.

Entered this ___ day of April, 2014.

_____
United States District Judge