IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 12-282-SLR |
| | ) |
| JPMORGAN CHASE & CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 17th day of April, 2014, having conferred with counsel;

IT IS ORDERED that a pretrial conference will be held on **Wednesday, May 21, 2014** at **3:30 p.m.** in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.3 shall govern the pretrial conference.

IT IS FURTHER ORDERED that this matter is scheduled for a jury trial commencing on **Monday, June 2, 2014** in courtroom 4B, fourth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge