IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 12-282-SLR |
| ) | |
| JPMORGAN CHASE & CO., ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

At Wilmington this 14th day of May, 2014,

IT IS ORDERED that the disputed claim language of U.S. Patent Nos. 8,108,492 (the "'492 patent"), 5,987,500 (the "'500 patent"), and 8,037,158 (the "'158 patent") shall be construed consistent with the memorandum opinion issued this same date.

                                                                               _____
                                                                               United States District Judge