IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 12-282-SLR |
| | ) | |
| JPMORGAN CHASE & CO., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 14th day of May 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment of invalidity of the patents-in-suit (D.I. 121) is granted.

2. Defendant's motion for summary judgment of non-infringement (D.I. 113) is granted.

3. Plaintiff's motion to exclude the expert testimony of Susan Spielman (D.I. 115) is denied.

4. Defendant's motion for partial summary judgment of laches for the '500 patent (D.I. 111) is denied as moot.

5. Plaintiff's motion to strike defendant's opening brief in support of its partial summary judgment of laches for the '500 patent (D.I. 132) is denied as moot.

6. Defendant's motion to exclude certain testimony of Stevan Porter (D.I. 109) is denied as moot.

7. Plaintiff's motion to exclude certain testimony by Dr. Michael Siegel (D.I. 117) is denied as moot.

8. Plaintiff's motion to exclude certain testimony by Dawn Hall (D.I. 119) is denied as moot.

                                                                         _/s/ Sue L. Robinson_
                                                                         United States District Judge