IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 12-282-SLR |
| JPMORGAN CHASE & CO., | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of May 14, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant and against plaintiff.

_____
United States District Judge

Dated: 5/19/2014

_____
(By) Deputy Clerk