AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court For District of Delaware on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 12-CV-282-SLR | DATE FILED 3/6/2012 | U.S. DISTRICT COURT For District of Delaware |
|---|---|---|
| PLAINTIFF Pi-Net International, Inc. | | DEFENDANT JPMorgan Chase & Co. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 5,987,500 | 11/16/1999 | Pi-Net International, Inc. |
| 2 8,037,158B2 | 10/11/2011 | Pi-Net International, Inc. |
| 3 8,108,492B2 | 1/31/2012 | Pi-Net International, Inc. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Judgment in favor of defendant and against plaintiff. See attached order and judgment.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John A. Cerino | Nicole Volt | 5/19/2014 |

**Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., Plaintiff, | ) | |
| v. | ) | Civ. No. 12-282-SLR |
| JPMORGAN CHASE & CO., Defendant. | ) | |

**ORDER**

At Wilmington this 14th day of May 2014, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment of invalidity of the patents-in-suit (D.I. 121) is granted.

2. Defendant's motion for summary judgment of non-infringement (D.I. 113) is granted.

3. Plaintiff's motion to exclude the expert testimony of Susan Spielman (D.I. 115) is denied.

4. Defendant's motion for partial summary judgment of laches for the '500 patent (D.I. 111) is denied as moot.

5. Plaintiff's motion to strike defendant's opening brief in support of its partial summary judgment of laches for the '500 patent (D.I. 132) is denied as moot.

6. Defendant's motion to exclude certain testimony of Stevan Porter (D.I. 109) is denied as moot.

7. Plaintiff's motion to exclude certain testimony by Dr. Michael Siegel (D.I. 117) is denied as moot.

8. Plaintiff's motion to exclude certain testimony by Dawn Hall (D.I. 119) is denied as moot.

United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PI-NET INTERNATIONAL INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 12-282-SLR |
| JPMORGAN CHASE & CO., | ) | |
| Defendant. | ) | |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of May 14, 2014;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant and against plaintiff.

United States District Judge

Dated: 5/19/2014

(By) Deputy Clerk