# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 1:12-cv-00282-SLR |
| | ) |
| **JPMORGAN CHASE & CO.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Pi-Net International, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this case on May 19, 2014 (D.I. 167), together with the underlying Memorandum Opinions and Orders of the Court (D.I. 163, 164, 165 and 166.)

Respectfully Submitted,

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
O'KELLY ERNST & BIELLI, LLC
901 North Market Street, Suite 1000
Wilmington, DE 19801
Tel: 302-478-4230
GP@del-iplaw.com

*Attorneys for Plaintiff Pi-Net Int'l, Inc.*