## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PI-NET INTERNATIONAL INC.,

                Plaintiff,

      v.                                                                 Civ. No. 1:12-cv-00282-SLR

JPMORGAN CHASE & CO.,

                Defendant.

### DEFENDANT'S MOTION FOR ATTORNEY FEES
### PURSUANT TO 35 U.S.C. § 285 AND FED. R. CIV. P. 54(d)(2)

Pursuant to 35 U.S.C. § 285 and Federal Rule of Civil Procedure 54(d)(2),

Defendant JPMorgan Chase & Co. respectfully moves for its reasonable attorney fees incurred

during its successful defense against Plaintiff Pi-Net International Inc.'s claims of patent

infringement in the above-captioned action.

As set forth more fully in the accompanying Brief in Support of Defendant's

Motion for Attorney Fees Pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2) and the

exhibits cited therein (the "Brief"), Defendant should be awarded its reasonable attorney fees

because this is an exceptional case under the standard recently articulated by the United States

Supreme Court in *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 134 S. Ct. 1749 (2014).

The patents-in-suit were entirely devoid of disclosure to support the asserted claims.

Nevertheless, Plaintiff not only pursued this case to the courtroom steps, but has filed six dozen

other lawsuits based on patents in the same family.  To compensate for Defendant's expenditures

in having these patents declared invalid, to deter Plaintiff from pursuing similarly baseless suits,

and to reflect the exceptional nature of this case, the Court should award to Defendant its

reasonable attorney fees under 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2), as discussed more

fully in the accompanying Brief.

Respectfully submitted,

/s/ *Robert S. Saunders*

OF COUNSEL:                           Robert S. Saunders (ID No. 3027)
                                      Jessica Raatz Kunz (ID No. 5698)
Daniel A. DeVito                      SKADDEN, ARPS, SLATE,
Douglas R. Nemec                          MEAGHER & FLOM LLP
Edward L. Tulin                       920 N. King Street, 7th Floor
Andrew D. Gish                        Wilmington, Delaware  19801
SKADDEN, ARPS, SLATE,                 Tel.:  (302) 651-3000
    MEAGHER & FLOM LLP                Fax:  (302) 651-3001
Four Times Square                     rob.saunders@skadden.com
New York, New York 10036              jessica.kunz@skadden.com
Tel.:  (212) 735-3000
daniel.devito@skadden.com             *Attorneys for Defendant JPMorgan Chase & Co.*
douglas.nemec@skadden.com
edward.tulin@skadden.com
andrew.gish@skadden.com

DATED:  June 2, 2014

2