# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>Defendant. | Civ. No. 1:12-cv-00282-SLR |

## TRANSMITTAL DECLARATION OF ROBERT S. SAUNDERS

I, Robert S. Saunders, declare under penalty of perjury that the foregoing is true and correct:

1. I am a partner at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP and an attorney representing Defendant JPMorgan Chase & Co. in the above-captioned action. I submit this declaration in further support of Defendant's Motion for Attorney Fees Pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2).

2. Attached hereto are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| FA | CBM2013-00013, No. 15, Institution of Covered Business Method Patent Review of U.S. Patent No. 8,037,158 (P.T.A.B. Sept. 19, 2013) |
| FB | CBM2013-00013, No. 3, Petition for Covered Business Method Review of U.S. Patent No. 8,037,158 (P.T.A.B. Mar. 22, 2013) |
| FC | IPR2013-00195, No. 9, Institution of *Inter Partes* Review of U.S. Patent No. 5,987,500 (P.T.A.B. Sept. 19, 2013) |

| Exhibit | Description |
|---------|-------------|
| **FD** | IPR2013-00194, No. 14, Institution of *Inter Partes* Review of U.S. Patent No. 8,108,492 (P.T.A.B. Sept. 19, 2013) ("'492 Institution") |
| **FE** | U.S. Patent No. 8,037,158 |
| **FF** | CBM2012-00001, No. 70, Final Written Decision (P.T.A.B. June 11, 2013) |
| **FG** | Excerpts of September 26, 2013 Deposition of Dr. Lakshmi Arunachalam [FILED UNDER SEAL] |
| **FH** | Appeal 2013-004304, *Ex Parte* Reexamination of U.S. Patent No. 5,778,178, Decision on Appeal (P.T.A.B. June 30, 2014) |
| **FI** | *Ex Parte* Reexamination of U.S. Patent No. 6,212,556, Examiner's Answer to Patentee's Appeal Brief (B.P.A.I. Feb. 14, 2013) |
| **FJ** | Appeal 2013-008997, *Inter Partes* Reexamination of U.S. Patent No. 7,340,506, Decision on Appeal (P.T.A.B. June 30, 2014) |

*/s/ Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware  19801
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com

*Attorneys for Defendant JPMorgan Chase & Co.*

DATED:  June 30, 2014