IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO.,<br><br>　　　　　　Defendant. | Civ. No. 1:12-cv-00282-SLR |

**EXHIBIT FG TO TRANSMITTAL DECLARATION OF ROBERT S. SAUNDERS**

**REDACTED VERSION -- PUBLICLY FILED**

OF COUNSEL:
Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.: (212) 735-3000
daniel.devito@skadden.com
douglas.nemec@skadden.com
edward.tulin@skadden.com
andrew.gish@skadden.com

Robert S. Saunders (ID No. 3027)
Jessica Raatz Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
　MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware  19801
Tel.: (302) 651-3000
Fax: (302) 651-3001
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant JPMorgan Chase & Co.*

DATED:  July 8, 2014

743301-WILSR01A - MSW

# EXHIBIT FG

[Page 1]

\*\*\*HIGHLY CONFIDENTIAL\*\*\*
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case No. 12-282-RGA

PI-NET INTERNATIONAL, INC.,           :
                                      :
                                      :
       Plaintiff,                     :
                                      :
                                      :
       vs.                            :
                                      :
                                      :
                                      :
                                      :
J.P. MORGAN CHASE & CO,               :
                                      :
       Defendant.                     :
                                      :
                                      :
                                      :

------------------------------------

DEPOSITION UNDER ORAL EXAMINATION OF:
LAKSHMI ARUNACHALAM, PH.D.

September 26, 2013

-----------

REPORTED BY: JENNIFER L. WIELAGE, CCR, RPR, CRR

-----------

### [Page 2]

```
 1        TRANSCRIPT of the deposition of the
 2   above-named witness, called for Oral Examination in
 3   the above-entitled matter, said deposition being
 4   taken pursuant to Federal Court Rules, by and before
 5   JENNIFER WIELAGE, Certified Shorthand Reporter and
 6   Notary Public of the State of New Jersey, License No.
 7   XI01916, at the office of SKADDEN, ARPS, SLATE,
 8   MEAGHER & FLOM, LLP, 920 N. King Street, Wilmington,
 9   Delaware, on Thursday, September 26, 2013, commencing
10   at 9:00 in the forenoon.
```

### [Page 3]

```
APPEARANCES:

O'KELLY, ERNST & BIELLI, LLC
1600 Market Street
Philadelphia, Pennsylvania 19103
(215) 543-7182
BY: GEORGE PAZUNIAK, ESQ.
Attorneys for the Plaintiffs


SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
(212) 735-2815
BY: EDWARD L. TULIN, ESQ.
BY: DOUGLAS R. NEMEC, ESQ.
Attorneys for the Defendant



ALSO PRESENT - KEN AMRHEIN, U.S. Legal Support,
SAMUEL MOULTRIE
```

### [Page 4]

```
                I N D E X
WITNESS
Testimony of:
LAKSHMI ARUNACHALAM, PH.D.          PAGE NO.
EXAMINATION BY MR. TULIN:              8
           E X H I B I T S

NUMBER        DESCRIPTION            PAGE
DX-136    30(b)(6) Defendants'        10
          Notice of 30(b)(6)
          Deposition
DX-137    Plaintiff Pi-Net           15
          International Inc.'s
          Response to Defendants'
          First Set of Common
          Interrogatories
DX-138    Plaintiff Responses to     15
          Defendants' Second Set
          of Common
          Interrogatories
DX-139    WXC000048976 through       26
          WXC000048989
DX-140    WXC 000191466 through      80
          WXC 000191468
DX-141    Patent No. 5,987,500       89
DX-142    Patent No. 8,037,158       89
DX-143    Patent No. 8,108,492       90
DX-144    WXC0000037370 through      90
          WXC0000037453
DX-145    WXC000047148              136
DX-146    WXC000009172 through      148
          WXC000009194
DX-147    WXC 0000007581 through    152
          WXC 000007594
```

### [Page 5]

```
DX-148    WXC 000047257 through     160
          WXC 000047264
DX-149    WXC00047267 through       167
          WXC00047331
DX-150    WXC 0000068226 through    191
          0000068256
DX-151    WXC 0000030868 through    221
          0000030928
DX-152    WXC000289467 through WXC  228
          000289472
DX-153    WXC 000456972 through     251
          WXC 000456974
DX-154    WXC 000059589             263
DX-155    WXC 000059839 through     269
          000059840
DX-156    WXC000064351 through      283
          WXC000064354
DX-157    WXC0000085621 through     297
          WXC0000085630
DX-158    WXC000062538 through      307
          WXC000062540
DX-159    WXC000459049 through      317
          WXC000459052
DX-160    U.S. Patent No.           325
          6,212,556
```

[Page 6]

```
 1        DEPOSITION SUPPORT INDEX
          DIRECTION TO WITNESS NOT TO ANSWER
 2
                 Page Line
 3
                 255  5
 4
          REQUEST FOR PRODUCTION OF DOCUMENTS
 5
                 Page Line
 6
 7
              STIPULATIONS
 8
                 Page Line
 9
10
           QUESTION MARKED
11
                 Page Line
12
```

[Page 7]

```
 1        THE VIDEOGRAPHER: Okay.
 2   This now begins the videotaped
 3   deposition of Lakshmi Arunachalam
 4   taken in the matter of Pi-Net
 5   International Incorporated vs.
 6   J.P. Morgan Chase & Company for
 7   the United States District Court
 8   for the District of Delaware, Case
 9   No. 12-282-RGA.
10        This deposition is being
11   held at Skadden Arps, Slate,
12   Meager & Flom, 1 Rodney Square,
13   920 North King Street, Wilmington,
14   Delaware, on September 26, 2013.
15   My name is Ken Amrhein for U.S.
16   Legal Support. I'm the video
17   legal specialist. The court
18   reporter today is Jen Wielage also
19   from U.S. Legal Support.
20        We are going on the record
21   at 9:08 a.m. counsel will now
22   state their appearance for the
23   record.
24        MR. TULIN: Ed Tulin from
25   Skadden, Arps representing J.P.
```

[Page 8]

```
 1   Morgan.
 2        MR. PAZUNIAK: George
 3   Pazuniak representing the
 4   plaintiff, Pi-Net International
 5   and the witness.
 6        THE VIDEOGRAPHER: Will the
 7   court reporter please swear in the
 8   witness?
 9   LAKSHMI ARUNACHALAM,
10   having been first duly sworn according to
11   law, testifies as follows:
12   EXAMINATION BY MR. TULIN:
13        Q.  Good morning,
14   Dr. Arunachalam.
15        A.  Good morning, Ed.
16        Q.  Dr. Arunachalam, you've been
17   deposed before; is that correct?
18        A.  Yes.
19        Q.  Today is likely to be very
20   similar to those prior depositions, but
21   just so we're on the same page, I'd like
22   to go over a little bit about what we can
23   expect from today's proceeding.
24        I'll be asking you a series
25   of questions and our court reporter will
```

[Page 9]

```
 1   be taking down both the questions that I
 2   ask you as well as the answers that you
 3   give.
 4        Because of that, it's very
 5   important, if we can, to try to avoid
 6   talking over each other or gestures or
 7   nods of the head; anything that the court
 8   reporter can't take down.
 9        Can you try to keep your
10   answers verbal for me?
11        A.  Yes.
12        Q.  And we have a variety of
13   refreshments in the back. If there's any
14   reason that you need to take a break, to
15   get some refreshments or otherwise,
16   that's fine. Just let me know. I would
17   ask, however, that if I've already asked
18   you a question, you go ahead and answer
19   that question and then we'll take our
20   break.
21        Does that sound good?
22        A.  That sounds fine.
23        Q.  There may be a time today
24   where you don't understand a question
25   that I've asked you. If that occurs,
```

[3] (Pages 6 to 9)



[4] (Pages 10 to 13)



[27] (Pages 102 to 105)



**HIGHLY CONFIDENTIAL**



[51] (Pages 198 to 201)

**HIGHLY CONFIDENTIAL**



[52] (Pages 202 to 205)