# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PI-NET INTERNATIONAL, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 1:12-cv-00282-SLR |
| | ) |
| **JPMORGAN CHASE & CO.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Pi-Net International, Inc. hereby provides notice of a recent decision of the Court of Appeals for the Federal Circuit that bears directly on the pending Motion For Attorney Fees Pursuant To 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2) (DI 173, 174).

In. *Tyco Healthcare Grp. LP v. Mut. Pharm. Co., Inc.*, 2014 WL 3844166 (Fed. Cir. Aug. 6, 2014), the Court affirmed a dismissal of antitrust claims arising from the filing of a patent infringement action, in the course of which the Court stated:

> Given the presumption of patent validity and the burden on the patent challenger to prove invalidity by clear and convincing evidence, it will be a rare case in which a patentee's assertion of its patent in the face of a claim of invalidity will be so unreasonable as to support a claim that the patentee has engaged in sham litigation. Only if the exacting standards of PRE are satisfied will the patentee lose its *Noerr–Pennington* immunity in that setting. *C.R. Bard, Inc. v. M3 Sys., Inc.*, 157 F.3d 1340, 1368–69 (Fed.Cir.1998) ("Conduct prohibited under antitrust law includes bringing suit to enforce a patent with knowledge that the patent is invalid or not infringed.... In such events the antitrust immunity of [*Noerr* and *Pennington*] does not apply to those who seek redress through judicial process.... [A]bsent the *PRE* criteria, the patentee must have the right of enforcement of a duly granted patent....").

Although the standard for fees under 35 U.S.C. §285 is not the same as the antitrust

claims, the case is cited for the Court's discussion of the relevance of the presumption of validity in considering sanctions against a patentee's assertion of its patent in the face of a claim of invalidity.

        Respectfully Submitted,

        */s/ George Pazuniak*
        George Pazuniak (DE Bar No. 478)
        O'KELLY ERNST & BIELLI, LLC
        901 North Market Street, Suite 1000
        Wilmington, DE 19801
        Tel: 302-478-4230
        GP@del-iplaw.com

        *Attorneys for Plaintiff Pi-Net Int'l, Inc.*