OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 28, 2014

TO:  George Pazuniak, Esquire
O'Kelly, Ernst, & Bielli, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801

**RE:**  Pi-Net International, Inc. V. JPMorgan Chase & Co., Civ. No. 12-282-SLR

Dear Mr. Pazuniak:

Enclosed is correspondence sent by your client to the Clerk's Office. The correspondence will not be docketed by the Clerk's Office nor forwarded to opposing counsel.

Kindly advise your client that the court will not in the future review any correspondence from her so long as she is represented by counsel, unless the correspondence is filed through counsel. Thank you for your cooperation.

Sincerely,

/nmfn

JOHN A. CERINO
CLERK OF COURT

cc:  Dr. Lakshmi Arunachalam