## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**PI-NET INTERNATIONAL, INC.,**

      **Plaintiff,**

      v.

**J.P. MORGAN CHASE AND
COMPANY,**

      **Defendant.**



**C.A. No. 1:12-cv-00282-SLR**



## MOTION TO SUBSTITUTE PARTIES UNDER FEDERAL RULE 25(c)

Dr. Lakshmi Arunachalam hereby notifies the Court that she is 100% owner of Pi-Net International, Inc. and has transferred interest in the patents-in-suit from her company, Pi-Net International, Inc. to herself.

Dr. Lakshmi Arunachalam, inventor of the patents-in-suit, hereby moves for the substitution of plaintiff in action numbers, namely:

a) C.A. No. 1:12-cv-00282-SLR against Defendant J.P. MORGAN CHASE AND COMPANY.

as follows:

i.    to substitute parties under Federal Rule 25 (c), due to TRANSFER OF
      INTEREST of the patents-in-suit from the original party, Pi-Net
      International, Inc. to Dr. Lakshmi Arunachalam ("Transferee");

ii.   for Transferee, Dr. Lakshmi Arunachalam to be substituted in the above-
      captioned actions as Plaintiff; and

iii.  for Transferee, Dr. Lakshmi Arunachalam to appear as *pro se* in the above-
      captioned actions, as the patents-in-suit are now owned 100% by Dr.
      Lakshmi Arunachalam.

The Notice of Hearing follows here below.

The motion is hereby being served on the Defendants in the above-captioned
actions as provided in Rule 25(a)(3), as shown in the Certificate of Service that
follows below. The Motion to Substitute which was submitted to the Clerk of the
Court for filing on August 28, 2014 is being re-submitted again to the Clerk of the
Court for filing on September 5, 2014, and together with a Notice of Hearing, is
hereby being served on the parties as provided in Rule 5, as shown in the
Certificate of Service that follows below.

Respectfully submitted,

DATED: September 5, 2014     */s/ Lakshmi Arunachalam*

Dr. Lakshmi Arunachalam
Individual and Owner of Patents-in-Suit
and
Dr. Lakshmi Arunachalam
CEO and Inventor
Pi-Net International, Inc
222 Stanford Avenue
Menlo Park, CA 94025
650 854 3393
laks22002@yahoo.com

*Plaintiff*
*Dr. Lakshmi Arunachalam*
*Pro-Se*

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## NOTICE OF HEARING ON DR. LAKSHMI ARUNACHALAM'S
## MOTION TO SUBSTITUTE PARTIES UNDER FEDERAL RULE 25(c)

The following parties in the actions enumerated here below are hereby being

served a Notice of Hearing on Dr. Lakshmi Arunachalam's Motion to Substitute

Parties under Federal Rule 25 (c) for Dr. Lakshmi Arunachalam, inventor and

owner of patents-in-suit, to be substituted as Plaintiff:

C.A. No. 1:12-cv-00282-SLR: Defendant J.P.MORGAN CHASE AND

COMPANY.

The Hearing will be held on _____, 2014

DATED:   September___, 2014          _____

Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Dr. Lakshmi Arunachalam, hereby certify that on September 5, 2014, the attached Motion to Substitute, together with a Notice of Hearing was sent by PARCELS Inc. Courier Service of Wilmington, DE to the Clerk of the Court for filing and I sent notification by email to the following registered attorneys of record that the attached motion to substitute, together with a notice of hearing has been sent by PARCELS Inc. Courier Service of Wilmington, DE to the Clerk of the Court for filing.

I further certify that on September 5, 2014, the attached motion to substitute, together with a notice of hearing was Electronically Mailed to the following Counsel for Defendant:

douglas.nemec@skadden.com for J.P. Morgan Chase and Company.


DATED:    September 5, 2014        */s/Lakshmi Arunachalam*

                                   Dr. Lakshmi Arunachalam
                                   222 Stanford Avenue
                                   Menlo Park, CA 94025
                                   650 854 3393
                                   laks22002@yahoo.com