IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:12-cv-00282-SLR |
| ) | |
| JPMORGAN CHASE & CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### [PROPOSED] ORDER

The Court having duly considered the motion of George Pazuniak and O'Kelly Ernst & Bielli, LLC to withdraw as counsel for Plaintiff Pi-Net International, Inc,

IT IS HEREBY ORDERED that George Pazuniak and O'Kelly Ernst & Bielli, LLC are hereby authorized to withdraw as counsel for Plaintiff Pi-Net International, Inc. effective immediately.

This 9th day of September 2014,

_____
United States District Judge