IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN CHASE AND COMPANY, <br><br> Defendant. | C.A. No. 1:12-cv-00282-SLR |

## SUPPLEMENTAL INFORMATION AND REQUEST, RECORDATION OF ASSIGNMENT IN THE USPTO IN SUPPORT OF FEDERAL RULE 25 (C) MOTION FOR SUBSTITUTION OF PARTIES

1. **Assignment of patents-in-suit documents**

Patent Owner, Dr. Lakshmi Arunachalam, attaches here below the receipt and recordation in the USPTO of assignment of the patents-in-suit from Pi-Net International, Inc. to Dr. Lakshmi Arunachalam, the inventor. (Exhibit A).

2. **Appearance of impropriety**

Plaintiff respectfully requests that the Motion for Substitution of Parties be transferred to an impartial tribunal, as also the above-captioned case, due to the financial holdings of Judge Andrews and Chief Administrative Judge Stark in a



litigant, which has already tainted both the case and Judge Robinson. *See* Code of Conduct for United States Judges, Canon 2 ("A Judge should avoid impropriety, and the appearance of impropriety in all activities.");[1] *See also* Canon 3(C)(2)("A judge should keep informed about the judge's personal and fiduciary financial interests").[2]

There is no running away from the indisputable fact of the financial holdings of Judge Andrews and Chief Administrative Judge Stark in a litigant tainting Judge Robinson and this case.

This Court exists to provide the American People an unbiased forum for resolving disputes. In the interests of the people, for the people of the United States of America, the sole purpose for which the Court exists, Judge Robinson must recuse herself forthwith from the above-captioned case that has been tainted, in order not to further muddy the waters of bias that now overshadow the proceedings due to the Judges' financial holdings and not have a repeat of the messy situation that the Court must now fix. Dragging everyone into a procedural quagmire, wishing that the problem would go away, is not going to make the problem go away.

---

[1] *See* Code of Conduct for United States Judges, U.S. Courts <http://www.uscourts.gov/RulesAndPolicies/CodesOfConduct/CodeConductUnitedStatesJudges.aspx>.
[2] *See* similar Canons in the Code of Conduct for Judicial Employees, U.S. Courts <http://www.uscourts.gov/rulesandpolicies/codesofconduct/codeconductjudicialemployees.aspx>.

3. **Request for Relief**

Dr. Arunachalam respectfully requests the Court to:

(a) <u>transfer this case to an impartial tribunal</u>;

(b) grant a full order, and not just a partial order, to complete the withdrawal of Withdrawing Counsel so that the Motion to Substitute may facilitate Dr. Arunachalam taking over the cases *pro se*;

(c) order George Pazuniak ("Withdrawing Counsel") to:

   (i) return to Plaintiff all of Plaintiff's files, including but not limited to physical **and digital files and email files**, and turn over the Appendix for the Appeal Brief and all other confidential information, in physical and electronic form, of Defendants back to the Defendants, until such time as a plan to address Court protective order material is agreed to between Plaintiff and Defendant(s);

   (ii) return client IOLTA trust account funds back to client; and

   (iii) stop obstructing Dr. Lakshmi Arunachalam and her companies' business; impeding her from bringing in new Counsel to assist Dr. Arunachalam, so that Plaintiff can continue with the case expediently without interference from Withdrawing Counsel.

Dr. Arunachalam respectfully requests the Court to order Withdrawing Counsel not to interfere and obstruct this case further. This is necessary so that the Motion to

Substitute will then ease the transition with Dr. Arunachalam taking over the cases *pro se*, equipped with all the files, and funds and with no interference and obstruction in her business from Withdrawing Counsel.

Dated September 9, 2014 /s/Lakshmi Arunachalam

Dr. Lakshmi Arunachalam
Individual, Inventor and
Owner of Patents-in-Suit
and
CEO,
Pi-Net International, Inc
222 Stanford Avenue
Menlo Park, CA 94025
650 854 3393
Laks22002@yahoo.com

*Plaintiff*

# EXHIBIT A



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

SEPTEMBER 9, 2014

PTAS

DR. LAKSHMI ARUNACHALAM
222 STANFORD AVENUE
MENLO PARK, CA 94025

**502965385**

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.


RECORDATION DATE: 09/08/2014        REEL/FRAME: 033684/0252
                                    NUMBER OF PAGES: 10

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
  PI-NET INTERNATIONAL, INC.        DOC DATE: 08/28/2014

ASSIGNEE:
  ARUNACHALAM, LAKSHMI, DR.
  222 STANFORD AVENUE
  MENLO PARK, CALIFORNIA 94025

APPLICATION NUMBER: 08879958        FILING DATE: 06/20/1997
PATENT NUMBER: 5987500              ISSUE DATE: 11/16/1999
TITLE: A VALUE-ADDED NETWORK SYSTEM FOR ENABLING REAL-TIME
       BY-DIRECTIONAL TRANSACTIONS ON A NETWORK

APPLICATION NUMBER: 11980185        FILING DATE: 10/30/2007
PATENT NUMBER: 8037158              ISSUE DATE: 10/11/2011
TITLE: MULTIMEDIA TRANSACTIONAL SERVICES

APPLICATION NUMBER: 12628060        FILING DATE: 11/30/2009
PATENT NUMBER: 8108492              ISSUE DATE: 01/31/2012
TITLE: WEB APPLICATION NETWORK PORTAL

033684/0252 PAGE 2

ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION

**502965385    09/08/2014**

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT3011984

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| PI-NET INTERNATIONAL, INC. | 08/28/2014 |

**RECEIVING PARTY DATA**

| Name: | DR. LAKSHMI ARUNACHALAM |
|---|---|
| Street Address: | 222 STANFORD AVENUE |
| City: | MENLO PARK |
| State/Country: | CALIFORNIA |
| Postal Code: | 94025 |

**PROPERTY NUMBERS Total: 3**

| Property Type | Number |
|---|---|
| Patent Number: | 5987500 |
| Patent Number: | 8108492 |
| Patent Number: | 8037158 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| Phone: | 650 854 3393 |
|---|---|
| Email: | laks22002@yahoo.com |
| Correspondent Name: | DR. LAKSHMI ARUNACHALAM |
| Address Line 1: | 222 STANFORD AVENUE |
| Address Line 4: | MENLO PARK, CALIFORNIA 94025 |

| NAME OF SUBMITTER: | LAKSHMI ARUNACHALAM |
|---|---|
| SIGNATURE: | /Lakshmi Arunachalam/ |
| DATE SIGNED: | 09/08/2014 |

**Total Attachments: 8**
source=20140903223721#page1.tif
source=20140903223721#page2.tif
source=20140903223721#page3.tif
source=20140903223721#page4.tif
source=20140903223721#page5.tif
source=20140903223721#page6.tif

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Dr. Lakshmi Arunachalam, hereby certify that on September 9, 2014, the attached "SUPPLEMENTAL INFORMATION, RECORDATION OF ASSIGNMENT IN THE USPTO IN SUPPORT OF FEDERAL RULE 25 (C) MOTION FOR SUBSTITUTION OF PARTIES and Exhibit A" was delivered to Parcels Inc Courier Services in Wilmington, DE to be delivered on September 9, 2014 at 8.30 am to the Clerk of the Court for filing and docketing in Judge Robinson's above-captioned case.

I further certify that on September 9, 2014, the attached "SUPPLEMENTAL INFORMATION, RECORDATION OF ASSIGNMENT IN THE USPTO IN SUPPORT OF FEDERAL RULE 25 (C) MOTION FOR SUBSTITUTION OF PARTIES and Exhibit A" was delivered by email to the following Counsel for Defendant:

Douglas.nemec@skadden.com


DATED:   September 9, 2014         /s/Lakshmi Arunachalam

                                   Dr. Lakshmi Arunachalam
                                   222 Stanford Avenue
                                   Menlo Park, CA 94025
                                   650 854 3393
                                   Laks22002@yahoo.com