# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., | |
| Plaintiff, | |
| v. | C.A. No. 1:12-cv-00282-SLR |
| J.P. MORGAN CHASE AND COMPANY, | |
| Defendant. | |

## PI-NET AND DR. ARUNACHALAM'S SUR-REPLY RESPONSE TO REPLY MEMORANDUM IN MOTION TO INTERVENE

Plaintiff files this response to the reply memorandum. Counsel does not "possess a 'direct stake' in the outcome of the case." *Hollngswth v.Perry*, 133 S.Ct. 2652, 2662'13. Maintaining employability and reputation is *not* "a readily identifiable interest in land, funds, or some other form of property," the right to which Rule 24(a) is designed to protect. *Lib. Mut. Ins. Co. v.Pac Indem Co.*, 76 F.R.D. 656 (W.D.Pa.'77). Nor will he be personally bound by anything decided in this litigation. His interests are not directly affected by the relief sought, vacating the judgment. *Cmty. Bank of N. Va.*, 418 F.3d 277, 314, 3d Cir '05; "'polestar' for intervention is "whether the proposed intervenor's interest is direct or remote." *Brody v. Spang*, 957 F.2d 1108, 1115,3d Cir.'92. The 60(d)(3) motion is about the

1

Judges' silence about financial holdings in a litigant. Counsel admits he was silent too. Defendant could prevail in this action without "proving" that Movant did not commit the acts alleged by Plaintiff. "A motion to intervene *after an entry of a decree* should be denied..." *Fine Paper Antitrust Litigation*, 695 F.2d,500. 'In defining the contours of a "significantly protectable" legal interest under Rule 24(a)(2)...the interest must be a legal interest as distinguished from interests of a general and indefinite character.' *Donaldson v. US*, 400 U.S. 517, 531,'71. Counsel has no "direct, substantial, and legally protectable interest" in this Action, nor a legally cognizable "interest relating to the property or transaction that is the subject of the action." If the judgment is vacated, Counsel would be precisely in the same position he is in today. US v. City of NY, 198 F.3d 360, 365,2d Cir.'99. Vacating the judgment does not harm any legally protected interest of Counsel. He has no concrete interest that warrants party status. Counsel is not a *necessary* party under Rule 19(a), an independent basis for denying Counsel's motion. *Allen*, 2011 WL 1706778, at * 7. Counsel has no appealable interest in the absence of the originally aggrieved party. *Floyd v.City of NY*, 09-civ-1034-AT '14 WL 3765729, *49,SDNY Jul. 30,'14. Court must deny Counsel's motion.

| | |
|---|---|
| September 12, 2014 | */s/Lakshmi Arunachalam* |
| 222 Stanford Ave, Menlo Park, CA 94025 | Dr. Lakshmi Arunachalam |
| 650 854 3393, laks22002@yahoo.com | Owner of Patents-in-Suit |
| | CEO, Pi-Net International, Inc |
| | *Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
# CERTIFICATE OF SERVICE

I, Dr. Lakshmi Arunachalam, hereby certify that on September 12, 2014, the attached "PI-NET INTERNATIONAL, INC.'S AND DR. ARUNACHALAM'S SUR-REPLY RESPONSE TO GEORGE PAZUNIAK'S REPLY MEMORANDUM IN IMPROPER MOTION TO INTERVENE" was sent to PARCELS Inc. Courier Service of Wilmington, DE to be delivered on September 12, 2014 at 8.30am to Judge Robinson and the Clerk of the Court for filing and entry into the case docket under Judge Robinson and I sent notification by email to the following registered attorney of record that the attached "PI-NET INTERNATIONAL, INC.'S AND DR. ARUNACHALAM'S SUR-REPLY RESPONSE TO GEORGE PAZUNIAK'S REPLY MEMORANDUM IN IMPROPER MOTION TO INTERVENE" has been sent by PARCELS Inc. Courier Service of Wilmington, DE to the Clerk of the Court for filing.

I further certify that on September 12, 2014, the attached "PI-NET INTERNATIONAL, INC.'S AND DR. ARUNACHALAM'S SUR-REPLY RESPONSE TO GEORGE PAZUNIAK'S REPLY MEMORANDUM IN IMPROPER MOTION TO INTERVENE" was delivered *by email* to Counsel for Defendant J.P. Morgan Chase, douglas.nemec@skadden.com.

DATED: September 12, 2014        */s/Lakshmi Arunachalam*

Dr. Lakshmi Arunachalam
222 Stanford Avenue
Menlo Park, CA 94025
650 854 3393
Laks22002@yahoo.com