# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE & CO., <br><br> Defendant. | Civ. No. 1:12-cv-00282-SLR |

## CERTIFICATE OF SERVICE

I, Robert S. Saunders, hereby certify that copies of Defendant's Brief in Opposition to Motion to Vacate Judgment for Fraud on the Court Pursuant to Fed. R. Civ. P. 60(b) and 60(d)(3) (D.I. 203), Transmittal Declaration of Robert S. Saunders with Exhibits A through C (D.I. 204), and Compendium of Unreported Decisions (D.I. 205), were served upon Plaintiff in the following manner:

By Electronic Mail on September 17, 2014 to:

Lakshmi Arunachalam@[*redacted*].com

By FedEx on September 18, 2014 to:

Pi-Net International Inc.
Lakshmi Arunachalam
222 Stanford Avenue
Menlo Park, California 94025

OF COUNSEL:
Daniel A. DeVito
Douglas R. Nemec
Edward L. Tulin
Andrew D. Gish
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Tel.:  (212) 735-3000
daniel.devito@skadden.com
douglas.nemec@skadden.com
edward.tulin@skadden.com
andrew.gish@skadden.com

DATED:  September 18, 2014

/s/ *Robert S. Saunders*
Robert S. Saunders (ID No. 3027)
Jessica Raatz Kunz (ID No. 5698)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
920 N. King Street, 7th Floor
Wilmington, Delaware  19801
Tel.:  (302) 651-3000
Fax:  (302) 651-3001
rob.saunders@skadden.com
jessica.kunz@skadden.com

*Attorneys for Defendant JPMorgan Chase & Co.*