OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

John A. Cerino
CLERK OF COURT

UNIT 18
844 N. KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

**DEFICIENCY NOTICE**

DATE: 9/19/14

TO: Dr. Lakshmi Arunachalam

RE: CA# 12cv282    CASE CAPTION: Pi-Net International v JP Morgan Chase + Co

Please note that a document submitted for filing/courtesy copy in subject case *does not conform* to one or more of the CM/ECF Administrative Procedures or other local rules/practices:

☐ The Clerk will take no action on subject document until discrepancies are corrected. (or)

☒ Corrective action is required when filing such documents in the future.

☐ D.I.#____ Courtesy copy (when required) not received by end of next business day.

☐ D.I.#____ Document or courtesy copy not properly presented/bound (bands/clips are not acceptable).

☐ D.I.#____ Notice of Filing Paper or Multi-media Materials filed; however, items not yet received.

☐ D.I.#____ Redacted copy of sealed document not filed within 5 business days.

☐ D.I.#____ Certificate of Service (when required) was not included as last page of the document.

☐ D.I.#____ Certificate of Service (when required) does not show service on NON-electronic parties.

☐ D.I.#____ No electronic /s/ signature block shown on CM/ECF **e-filed** document.

☒ D.I.#207 Signature of a non e-filing party erroneously displays e-signature /s/ - must be signed.

☐ D.I.#____ Discovery document erroneously filed. Document will be removed. L.R. 5.4.(b)

☐ D.I.#____ L.R. 7.1.1 statement not included as required for non-dispositive motions.

☐ D.I.#____ Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐ D.I.#____ Brief does not conform to local rules:_____.

☐ D.I.#____ Document on CD exceeds maximum file size of **5.0 megabytes**. Please divide document into multiple pdf. segments under 5.0 MB each and resubmit to Clerk for filing.

☐ D.I.#____ Sealed documents not properly presented:_____.

☐ D.I.#____ Document is not in a readable PDF format. Please contact the Clerk's Office.

☐ D.I.#____ _____.

_____.

Please contact the Clerk's Office Help Desk at 573-6170 if you have questions or concerns. Refer to CM/*ECF Tips* and *Administrative Procedures* on our web site, at **http:www.ded.uscourts.gov**.

[signature]
Deputy Clerk

(DEFICIENCY NOTICE - Rev. 9-2014)