**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**PI-NET INTERNATIONAL, INC.,**

**Plaintiff,**

**v.**

**J.P. MORGAN CHASE AND**
**COMPANY,**

**Defendant.**

**C.A. No. 1:12-cv-00282-SLR**

## PATENT OWNER'S SUPPLEMENTAL INFORMATION FOR REPLY BRIEF TO OPPOSITION BRIEF TO MOTION TO SUBSTITUTE PARTIES

Plaintiff/*pro se* patent owner, Dr. Lakshmi Arunachalam hereby files this

supplemental information in support of her reply brief filed September 26, 2014 to

JPMC's opposition brief to her motion to substitute parties under Rule 25(c).

**1.  According to his Senate confirmation hearing, Judge Andrews was employed by Mayer Brown & Platt LLP, counsel to Defendants JPMorgan Chase, Wells Fargo, Citigroup, Bank of America and Dell in 1981.**

This new fact should nullify this proceeding on its face. *See* Exh. A. No reasonable

person can now possibly believe that Judge Andrews is conducting an impartial

tribunal. Judge Andrews' financial holdings in JPMorgan, Wells Fargo Bank,

Citigroup, Bank of America and Fedex is well-documented. These substantial

interests in JPMorgan do not avoid the appearance of impropriety. A judge must

disqualify if his impartiality might reasonably be questioned.

1

**2.  A Protective Order unnecessary due to Defendant's use of Eclipse Foundation's open source in Web applications.  Defendant's confidential information not needed to litigate these cases. Use Expert witness, if needed**

Defendant's use of Eclipse Foundation's open source and SAP's major role in Eclipse is well-known. "JPMorgan Raises the Bar for Banking Applications by THE ECLIPSE FOUNDATION," p. 3, ca. Mar. 9, 2007. *See* Exh. B. https://www.eclipse.org/community/casestudies/jp_morgan_final.pdf . The use of Eclipse open source makes a protective order unnecessary in these cases. Infringement is readily available on Defendant's website. Dr. Arunachalam can litigate these cases more efficiently without access to Defendant's confidential information. If needed, she will use *pro-hac* vice counsel/expert witness to review confidential information at Defendants' offices, a normal procedure.

**Conclusion:**  Dr. Arunachalam respectfully requests the Court to grant that she be substituted for Pi-Net as sole plaintiff.  A Certificate of Service is attached.

Respectfully submitted,

*Lakshmi Arunachalam*

Dated: October 1, 2014

*/s/Lakshmi Arunachalam*

222 Stanford Avenue
Menlo Park, CA 94025
650 854 3393
Laks22002@yahoo.com

Dr. Lakshmi Arunachalam
Owner of Patents-in-Suit &
CEO, Pi-Net International, Inc
*Pro Se Plaintiff*

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Dr. Lakshmi Arunachalam, hereby certify that on October 1, 2014, the attached
"PATENT OWNER'S SUPPLEMENTAL INFORMATION FOR REPLY BRIEF
TO OPPOSITION BRIEF TO MOTION TO SUBSTITUTE PARTIES along with
Exhibits A and B" was sent by me to PARCELS Inc. Courier Service of
Wilmington, DE to be delivered on October 1, 2014 at 8.30 am EST to the Clerk of
the Court for filing/docketing in this case and I sent notification by email to the
following registered attorneys of record of the same.
I further certify that on October 1, 2014, the attached "PATENT OWNER'S
SUPPLEMENTAL INFORMATION FOR REPLY BRIEF TO OPPOSITION
BRIEF TO MOTION TO SUBSTITUTE PARTIES along with Exhibits A and B"
was Electronically Mailed to the following Counsel for Defendant:

douglas.nemec@skadden.com for J.P. Morgan Chase and Company.

Lakshmi Arunachalam

DATED: October 1, 2014          /s/Lakshmi Arunachalam

                                Dr. Lakshmi Arunachalam
                                222 Stanford Avenue
                                Menlo Park, CA 94025
                                650 854 3393
                                laks22002@yahoo.com

# Exhibit A

*See* S. Hrg. 112-72, Pt. 3, U.S. Senate Confirmation Hearing for Richard G. Andrews,

Questionnaire for Judicial Nominees, Ser. No. J-114-4, Pt. 3, Jul. 19, 2011, p. 830, Government

Printing Office http://www.gpo.gov/fdsys/pkg/CHRG-112shrg76350/pdf/CHRG-

112shrg76350.pdf

For example:

**Mayer Partner Paul J. Astolfi** "Represented **JPMorgan** Capital Corporation in the financing

for the 150MW Settlers Trail Wind Farm in Illinois." http://www.mayerbrown.com/people/Paul-

J-Astolfi/?section=experience

**Mayer Partner Reb D. Wheeler**, "Represented **JPMorgan** Chase & Co. in connection with its

divestiture of the assets of its subsidiary, Plymouth Park Tax Services,

LLC." http://www.mayerbrown.com/people/Reb-D-Wheeler/?section=experience

**Mayer Partner Bill Hart Jr.**, represented "**JPMorgan** Chase and other agents - $200 million

reserve-based financing for KFH Real Asset Holdings LP" and "**JPMorgan** Chase and other

agents - $2.7 billion revolving credit facilities for Weatherford International." Hart also

represented "**Bank of America** and other agents - $1.175 billion gas storage project financing

for Niska Gas Storage." http://www.mayerbrown.com/people/Bill-Hart/?section=experience

**Mayer Partner David Stewart**, "[r]epresented **JPMorgan** Commercial Mortgage Investment

Corp. in the workout and subsequent deed-in-lieu of foreclosure with respect to the Grand Sierra

Resort, the largest casino/hotel in Reno, NV." He "[r]epresented **Citigroup** [owner of **Citibank**]

in the restructuring and disposition of its joint venture interest in Red Roof Hotels, including

ongoing profit participations." http://www.mayerbrown.com/people/David-

Stewart/?section=experience

**Mayer Partner Steven E. Rich**, represented "**Wells Fargo Bank**, N.A. v. Triple Tiger, et al.

(Los Angeles Superior Court, 2006) (on behalf of Wells Fargo, obtained the ex parte

appointment of a receiver in a fraud and breach of contract action, resulting in judgments

exceeding \$8 million). http://www.mayerbrown.com/people/Steven-E-Rich/?section=experience

**Mayer Partner Bruce F. Perce**, "Represented Merrill Lynch & Co., **JP Morgan, Goldman,**

**Sachs & Co.**, and the other underwriters in a \$1.2 billion debt offering by

Motorola." http://www.mayerbrown.com/people/Bruce-F-Perce/?section=experience

**Mayer Partner Jeremy Clay**, "Advised **JPMorgan** Chase Bank on the £495 million acquisition

and refurbishment of 25 Bank Street, Canary Wharf,

London." http://www.mayerbrown.com/people/Jeremy-Clay/?section=experience

**Mayer Associate Amandeep Uppal**, was employed at "**JPMorgan** Chase Bank for six months

(2010-2011), where she worked within the trade finance

group." http://www.mayerbrown.com/people/Amandeep-Uppal/

**Mayer Partner Greg Stonefield**, represented "**JP Morgan** as sole book-runner in the €50

million accelerated book-built sale of shares of TVN S.A" and "**JPMorgan** Securities Ltd.,

Lehman Brothers International (Europe) and Merrill Lynch International on the US\$1.54 billion

initial public offering of Oil Refineries Ltd., an Israeli corporation wholly owned by the State of

Israel." http://www.mayerbrown.com/people/Greg-Stonefield/?section=experience

**Mayer Partner John P. Berkey**, handled "\$350 million 6.0% Senior Notes due 2021 (Rule

144A/Reg S offering) by Exterran Partners, L.P. Represented **Wells Fargo** Securities, Credit

Agricole, **J.P. Morgan** and RBC Capital Markets." He also handled "\$650 million Senior Notes

offering (Rule 144A/Reg S) by Chesapeake Oilfield Operating LLC. Represented **BofA**, Merrill

Lynch and other initial purchasers." \$500 million Senior Notes offering (Rule 144A/Reg S) by

5

Oshkosh Corporation. Representing BofA Merrill Lynch, Goldman, Sachs & Co. and J.P. Morgan. He handled "$250 million Senior Notes offering (Rule 144A/Reg S) by GEO Group, Inc. Represented **BofA** Merrill Lynch, **Wells Fargo** Securities, BNP Paribas and Barclays Capital." He handled "$275 million Senior Secured Notes offering (Rule 144A/Reg S) by One Communications Corp. Represented Morgan Stanley and **J.P. Morgan**." He handled "$800 million Senior Notes offering (Rule 144A/Reg S) by NII Capital Corp. Represented Morgan Stanley and **J.P. Morgan**." He handled "$200 million Senior Subordinated Notes offering (Rule 144A/Reg S) by Nexstar Broadcasting, Inc. Represented **Banc of America** Securities and other initial purchasers." He handled "$150 million Senior Subordinated Notes offering (Rule 144A/Reg S) by The National Mentor Network. Represented **Banc of America** Securities, **J.P. Morgan** and UBS Investment Bank." He handled "$1.8 billion Second Priority Senior Secured Notes (Rule 144A/Reg S) by The AES Corporation, in connection with AES's debt restructuring. Represented **Citigroup** and other initial purchasers." He handled "$750 million Senior Notes offering (public) by CME Group, Inc. Represented Barclays, **BofA** Merrill Lynch, **Citigroup**, **Wells Fargo** Securities and other underwriters." He handled "$500 million Senior Notes offering (public) by Cooper US, Inc. Represented **BofA** Merrill Lynch, **Citi** and Goldman, Sachs & Co. and other underwriters." He handled "$700 million Senior Notes offering (Rule 144A/Reg S) by Fidelity Investments. Represented Barclays Capital, **Citi**, **J.P. Morgan** and Morgan Stanley." He handled "$850 million Senior Notes offering (public) by Prologis. Represented **Banc of America** Securities, Deutsche Bank Securities, **JP Morgan** and other underwriters." He handled "$350 million Senior Notes offering (public) by Markel Corporation. Represented Barclays Capital, **Wells Fargo** Securities, **BofA** Merrill Lynch, **Citi**, BB&T Capital Markets and U.S. Bancorp Investments." He handled "$1.3 billion Senior Notes

offering (public) by Sprint Nextel Corporation. Represented **J.P. Morgan**, **Citi** and **Wells Fargo** Securities." He handled "\$900 million Senior Notes offering (public) by Prologis. Represented **Banc of America** Securities, **Citigroup** and **JP Morgan** and other underwriters." He handled "\$3 billion Senior Notes offering (public) by Time Warner Cable Inc. Represented **Banc of America** Securities, **Citi**, Deutsche Bank, UBS Investment Bank and Wachovia Securities." He handled "\$2.0 billion Senior Notes offering (public) by Sprint Nextel Corporation. Represented **Banc of America** Securities, **Citigroup**, **JPMorgan** and other underwriters."

He represented the following companies in their Initial Public Offerings:

- CoreSite Realty Inc., \$300 million initial public offering. Represented **Citi**, **Banc of America** and RBC.

- Stanley, Inc., \$820 million initial public offering. Represented **Citigroup** and other underwriters.

- Golfsmith International Holdings, Inc.,,\$70 million initial public offering. Represented Merrill Lynch & Co., **J.P. Morgan** and other underwriters.

- Texas Roadhouse, Inc.,,\$160 million initial public offering (primary and secondary shares). Represented **Banc of America** Securities, Wachovia Securities and other underwriters.

- Nexstar Broadcasting Group, Inc., \$140 million initial public offering.

- Represented **Banc of America** Securities and other underwriters.

He represented Convertible Debt Securities for:

- \$200 million Convertible Senior Notes offering (Rule 144A/Reg S) by Comtech Telecommunications Corp. Merrill Lynch & Co. and **J.P. Morgan**.

- \$500 million Convertible Senior Notes offering (public) by Prologis. Represented Goldman, Sachs & Co., **Banc of America** Securities and Morgan Stanley.

He represented **Citigroup** and UBS Investment Bank, as dealer managers, in connection with Laidlaw International's cash tender offer and consent solicitation for its outstanding senior notes. http://www.mayerbrown.com/people/John-P-Berkery/?section=experience

**Associate Robert E. McBride**, worked on "Abstrax, Inc. v. Dell, Inc.:  Represented **Dell** against claims of patent infringement concerning a business method in the Eastern District of Texas and provided pre-trial review of all litigation positions to assist in negotiating a settlement agreement. http://www.mayerbrown.com/people/Robert-E-McBride/?section=experience

**Partner Michael P. Lennon**, "[r]epresented **Dell** Computer Corporation in a patent infringement claim involving power management functions in computers and monitors. http://www.mayerbrown.com/people/Michael-P-Lennon-Jr/?section=experience

**Partner Stephen Baskin**, involved in "Innova Patent Licensing LLC v. 3Com Corp., et al. Defended **Wells Fargo** Bank against Innova Patent Licensing in a patent infringement suit in the Eastern District of Texas. The bank's systems, services and processes at issue includes information security technologies such as spam-blocking software. The plaintiff in this suit sued numerous defendants, including some of the largest banks in the country. Case settled. (Judge Folsom). InNova v. 3Com Corporation, et al., No. 2:10-cv-00251 (E.D. Tex., filed July 20, 2010)." Represented **Wells Fargo** in "Autoscribe Corp. et al. v. Wells Fargo Bank N.A. et al. Defended against Autoscribe Corporation and Pollin Patent Licensing, LLC, a financial services and payment processor company, in a patent infringement suit in the United States District Court for the Southern District of Iowa. The case was originally filed in the Eastern District of Virginia but was successfully transferred to Iowa where the bulk of Wells Fargo's home mortgage

division resides. The bank's systems, services and processes at issue include customer service

and payment acceptance technologies. Autoscribe Corp. et al., v. Wells Fargo Bank N.A. et al.,

No. 4:10-cv-00202 (S.D. Iowa filed April 30,

2010)." http://www.mayerbrown.com/people/Stephen-Baskin/?section=experience

## Exhibit B: SAP and J.P. Morgan Major Role in Eclipse

SAP is Founding Member of new Eclipse Foundation as Strategic Consumer in 2004. Eclipse is

the accepted Developer Tool Platform in SAP's Java offering in 2005. SAP signs Eclipse

Committer Agreement in 2007.

Tycho Proposal, including SAP, The Eclipse Foundation, Mar. 26,

2010  http://www.eclipse.org/proposals/tycho/

SAP Personnel involved: Jan Sievers, Bernd Kolb, Matthias Vach,  Stephan Merker, and Jan

Lohre, SAP.

"Eclipse Makes Available New Release of Eclipse Virgo" by The Eclipse Foundation, Nov. 02,

2010 http://www.eclipse.org/org/press-release/20101102_virgo.php

"**The Eclipse Foundation is an open-source community of more than 165 members,**

**including SAP AG** (NYSE: SAP)"

**JPMorgan Chase Best Deployment of Eclipse Technology in an Enterprise 2007.**

"**JPMorgan Raises the Bar for Banking Applications by THE ECLIPSE FOUNDATION**,"

p. 3, ca. Mar. 09, 2007 https://www.eclipse.org/community/casestudies/jp_morgan_final.pdf"

> JPMorgan evaluated several options for the
> development of One Bench, but the final
> choice came down to Java/Swing or Eclipse
> RCP. After careful evaluation, RCP
> emerged as the better alternative.  RCP is
> designed from the ground up as a plug-in
> platform that will allow One Bench
> applications to be written as Eclipse plug-
> ins.

**Hitting the Ground Running**

JPMorgan 2007, Eclipse Community Technology Awards Hall of Fame.

*See*  http://www.eclipse.org/org/foundation/eclipseawards/winners_technology.php

**Eclipse SOA Platform for Java and SOA Developers:** Eclipse SOA Platform is a runtime and tools integration platform for SOA developers… for developing and executing SOA. It includes a Java IDE, Swordfish Tooling, the Plugin Development Environment (PDE), an XML Editor and a WSDL Editor. The SOA package is maintained by the <u>Eclipse SOA Industry Workgroup</u>.

The Mangrove - SOA Modeling Framework project is a proposed open source project under the **<u>Eclipse SOA</u>** top-level project.

# JPMorgan Raises the Bar for Banking Applications

**JPMorgan** 

A s one of the world's leading financial institutions, JPMorgan tracks changes in the world's financial markets 24 hours a day to bring their customers competitive retail, investment, commercial, and mergers and acquisitions banking services. With offices around the world and many highly specialized IT requirements for critical business functions such as inventory management and price forecasting, JPMorgan has built up a wide assortment of custom-built applications designed to meet specific needs.

## Islands of Development

Such organic development, often at the departmental or branch level, is common in

> **"We wanted to develop an alternative to spreadsheets as a platform for modeling applications."**

needs of its employees, it also has real drawbacks that become more significant as markets globalize and their IT environments become more complex.

For example, since many applications have been written to solve narrowly defined problems, it is often difficult to reuse their functionality to solve similar problems in new software development.

The speed with which an application can be deployed in the front office to support a new business opportunity can have a significant impact on the value of the new offering to

| DateTime | Algorithm | Strang... | Tim... | CutOff... | Price... | BidRate | Offer... | MyAlgor... | MyStr... | My... | MyCut... | MyPri... | MyBid... | MyOff... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-Jun-06... | Sabr | Broker | Linear | 15:00 (... | Bid | 114... | 114.03 | Kennetron | Broker | Linear | 15:00 ... | Bid | 114.12 | 114.15 |

| As... | Nu... | Publish Type | LastGoodReqDate | LastGoodFinishDate | LastGoodUserName | LastReqDate | LastReqName | Status |
|---|---|---|---|---|---|---|---|---|
| USD | JPY | speedie | 08-Jun-06 15:58:57 | 08-Jun-06 15:58:57 | u160432 | | | OK |
| USD | JPY | volSurface | 08-Jun-06 16:35:11 | 08-Jun-06 16:35:27 | u160432 | | | OK |

Rename Column
Insert new CcyPairPublishDataObject
Publish volSurface (USD, JPY)
Delete CcyPairPublish(USD, JPY)

Kennetron Vols | Sabr Vols | Price Spread

| T | Date | A | S/F | Rr25 | Rr10 | St25 | St10 | C10 | C25 | Atm | P25 | | | | St25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1D | 12-Jun-06 [3] | | S | -0.15 | -0.29 | 0.12 | 0.43 | 6.32 | 6.07 | 6.03 | 6.25 | | | | 0.15 |
| 1W | 16-Jun-06 [7] | ☑ | S | -1.25 | -2.70 | 0.15 | 0.54 | 8.81 | 9.14 | 9.62 | 10.40 | 11.51 ☑ | S | -1.25 | -2.70 | 0.15 |
| 2W | 23-Jun-06 [14] | | S | -0.36 | -0.70 | 0.21 | 0.77 | 9.81 | 9.41 | 9.39 | 9.78 | 10.51 | S | -1.10 | -2.20 | 0.15 |
| 3W | 30-Jun-06 [21] | | S | -0.48 | -0.93 | 0.21 | 0.79 | 9.63 | 9.28 | 9.31 | 9.76 | 10.56 | S | -1.05 | -2.04 | 0.15 |
| 1M | 11-Jul-06 [32] | ☑ | S | -1.00 | -1.89 | 0.15 | 0.54 | 8.68 | 8.73 | 9.08 | 9.73 | 10.57 ☑ | S | -1.00 | -1.89 | 0.15 |
| 2M | 10-Aug-06 [62] | | S | -0.79 | -1.55 | 0.27 | 1.02 | 9.35 | 8.97 | 9.10 | 9.77 | 10.90 | S | -0.99 | -1.89 | 0.18 |
| 3M | 11-Sep-06 [94] | | S | -0.91 | -1.78 | 0.30 | 1.18 | 9.25 | 8.81 | 8.96 | 9.72 | 11.03 | S | -0.97 | -1.87 | 0.19 |
| 6M | 11-Dec-06 [185] | | S | -1.23 | -2.44 | 0.37 | 1.50 | 9.23 | 8.71 | 8.95 | 9.93 | 11.68 | S | -0.96 | -1.86 | 0.20 |
| 9M | 09-Mar-07 [273] | | S | -1.51 | -3.04 | 0.40 | 1.70 | 9.09 | 8.56 | 8.92 | 10.07 | 12.14 | S | -0.95 | -1.86 | 0.20 |

**Snapper and One Bench provide an alternative to spreadsheets for real time grid based applications.**

the financial services industry, and has served JPMorgan well for many years.

But while decentralized software development gives JPMorgan valuable creative flexibility to meet the specialized

the firm. Rapidly deployed, tactical systems often result in cases where the new product offering takes off, the scaling of these systems from low volume niche

applications, into industrial strength strategic platforms can be a real challenge.

A case in point is large number of pricing applications developed as Excel spreadsheets that perform and display price calculations on the trader's desktops, the applications shortcomings were becoming more apparent as the demands on them increased. As Bruce Skingle, Distinguished Engineer with the Investment Bank Technology group at JPMorgan relates, "Spreadsheet applications are quick to deploy and can be understood and modified on the trading floor. This can be a powerful tool for a novel product, but it opens up a host of control issues. With more mature products the need for consistent pricing and risk management across regions becomes more important." It was also difficult to back up data associated with these custom copies.

Other problems noted by Skingle included general performance and reliability issues.

Throughout the bank, other groups faced similar problems. For example, building financial applications to take advantage of new market conditions involved a cumbersome combination of Excel and C++; and took too long to build. Similarly, other groups faced the challenge of maintaining the many applications for entering reference data that had been developed in isolation over the years, duplicating functionality and code. Up to ten years old and written in C++, they did not share functionality and were burdensome to maintain.

## Bridging Developers

It was against this backdrop that the Investment Bank Technology group started work on a replacement for their existing systems. More than a re-write of the existing spreadsheets, they wanted to lay a solid foundation for enhanced security, auditing, scalability, interoperability and, above all, reusability. To achieve this, Skingle understood that they needed to produce a generalized platform in which this and other new applications could be extended, reused and shared. As he explains, "We wanted to develop an alternative to spreadsheets as a platform for modeling applications and at the same time allow for greater abstraction and reuse across other projects. As a tool for building a new model, a spreadsheet is an excellent tool, but by the time a product is traded the official models developed by the Quantitive Research group are delivered as libraries, and the spreadsheet is being used as little more than a .dll container and a grid based GUI." To this end Skingle envisioned that the spreadsheet-based GUI and code for common tasks like single sign-on and logging would be openly available for developers using the new environment, leaving application developers free to focus on the business problem.

> "We needed to know that we could recover in a hurry if an update went wrong. Having applications down for any amount of time on the trading floor is not an option."

The result was One Bench, a platform for developing and delivering custom banking applications, starting with Fuse, their new bond trading application.

Fuse is a perfect example of a rich client banking application. Receiving a constant

2

stream of market data on bond trading prices, the application consolidates disparate sources to traders in a familiar grid. This data can then be used to help traders identify trends and perform 'what-if' analysis. The designers knew that, as a rich client application, Fuse consumes data in streams that could be shared across other bank applications. They envisioned a GUI framework, called Snapper, as another shared component that would run in the One Bench environment and into which developers could snap applications to provide a consistent user view to similar data.

EIS is being developed on One Bench by the IB Technology Exotics & Hybrids group to consolidate the large number of systems that have been set up over the years for entering reference data. Up to ten years old and written in C++, they did not share functionality and were burdensome to maintain. As Martin Game, Vice President with the IB Technology Exotics & Hybrids group relates "Moving our first project to Eclipse and One Bench took several months, as we added shared functionality to the environment, but future work will benefit from that investment and make us far more efficient." Mr. Game expects that they will have several more EIS reference data applications ported to One Bench by the end of the year.

Similarly, QTrade was developed independently by the Exotics & Hybrids group in the bank to solve the problem of difficult and slow to write financial applications. Banks produce new applications on very short notice to take advantage of financial trends. Previously, each new application involved a combination of Excel and customized C++ coding, with a turn-around time of over two weeks.

JPMorgan evaluated several options for the development of One Bench, but the final choice came down to Java/Swing or Eclipse RCP. After careful evaluation, RCP emerged as the better alternative. RCP is designed from the ground up as a plug-in platform that will allow One Bench applications to be written as Eclipse plug-ins.

## Hitting the Ground Running

Support for native windowing was also a significant advantage. Applications built for One Bench will meet users' expectations for familiarity. Taking advantage of One Bench and Eclipse, the QTrade developers were able to develop a flexible and easy-to-use UI based on SWT and XML. Users can structure new exotic financial products using simple drag-and-drop operations to add libraries to a canvas and add business logic, and development times are reduced from weeks to hours.

Graphical performance was another area where RCP excelled. Previous development of Swing based applications had involved significant efforts to get performance from the very functional table control with large data sets and rapid update rates. A Snapper based proof of concept has demonstrated that an SWT-based table is capable of maintaining a 400,000 row data set with 1000 updates per second without any special coding tricks or unusual hardware. The IB Technology Exotics & Hybrids group's EIS project saw similar benefits from RCP's performance.

## Delivering Mission Critical Applications

Since the long-term plan is that One Bench will become the platform of choice for developers of desktop applications within JPMorgan, the logistics of maintenance were critical. For instance, not all users need or are entitled to the same applications, or

**3**

specific functionality within an application. Roll out and updates had to be automated based on a user's credentials. Equally important, when deploying multiple applications to the same Java Virtual Machine, there is always the risk that a problem with updates to one application would crash one or more critical applications. "We needed to know that we could recover in a hurry if an update went wrong. Having applications down for any amount of time on the trading floor is not an

JPMorgan's Single Sign On system was originally designed for web-based applications and they can integrate this system with One Bench so that the system knows exactly what updates to apply to each desktop. Advanced features such as the ability to roll an application back to a previous release state, are also critical. Skingle explains that "banks are very conservative about any new technology, and sharing applications on a JVM is a real concern. Automated roll-backs in the

| Model Outputs | Basket Average | | CashSettleDate | IR Definition |
|---|---|---|---|---|
| This form contains model outputs | Basket Average Parameters | | Cash Settlement Date | IR Definition Parameters |
| Price | Strike | 1.1 | Date · 26-MAY-2006 | Currency  USD  ⏷ |
| | Is Call | true  ⏷ | EOD  EOD | |
| | Weight Type | U | | |
| | Smile Type | D | | |
| | Ref=Avg Out ? | N | | |
| | Notional | 1 | | |
| | Value Date(Date) | ·26-MAY-2006 | | |
| | Value Date(Time) | ·SOD | | |
| | Instrument Settlement | CashSettleDate  ⏷ | | |
| | Ignore Past Values Dates ☐ | | | |

| Equity Basket | | | |
|---|---|---|---|
| Equity Basket Parameters | | | |
| Currency  USD  ⏷ | | | |
| Asset | Weight | Style | |

**JPMorgan used SWT and XML to develop the easy-to-use QTrade application authoring tool. Users drag components to a canvas and apply business logic to develop applications quickly and without programming.**

option."

These requirements made Eclipse's Update Manager central to their strategy for One Bench and the components and applications such as Snapper, EIS and QTrade that run on it. Accessing the Update Manager's API directly, they can take complete programmatic control of the update process. For example, they by-pass end user input, performing all application updates silently.

Eclipse Update Manager reduce our risk and makes the open One Bench approach feasible." QTrade applications, for example, are saved as XML files, and these are easily deployed out to desktops using the Eclipse Update Manager. As Paul Sampat, Vice President with the IB Technology Exotics & Hybrids group explains, "The One Bench plus Update Manager combination lets us develop and deploy quickly while reducing our risk."

**4**

Indeed, with the Update Manager, an application can be updated globally over a weekend. If a problem is discovered when employees start work on the following Monday in the Far East, the situation can be corrected immediately, and the rest of the global workforce will never know there was an issue.

Eclipse RCP gives JPMorgan what they need: a plug-in friendly environment that will encourage efficiency and lower costs, and the control to ensure that software can be managed effectively.

All of these development groups had independently identified Eclipse as their environment of choice. When they learned of the One Bench initiative, they each knew that it would make their tasks easier and make sense for JPMorgan. One Bench gives them a head start for their own requirements, and as they contribute components, they make it a more attractive solution for developers throughout the bank.

With One Bench in place, they expect their developers to develop the banking world's next killer-applications.

*Ron Stone is a technology writer and content management consultant based in Ottawa, Canada*