IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PI-NET INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> J.P. MORGAN CHASE AND COMPANY, <br><br> Defendant. | C.A. No. 1:12-cv-00282-SLR |

**PLAINTIFF/PATENT OWNER'S MOTION TO EXPEDITE DECISION ON ALL CURRENT MOTIONS PENDING IN THIS CASE**

Plaintiff/*pro se* patent owner, Dr. Lakshmi Arunachalam hereby files this motion to expedite decision on all current motions in the above-captioned case. <u>Dr. Lakshmi Arunachalam and Pi-Net International, Inc. would be very seriously prejudiced if the Court does not rule immediately on all current pending motions in this case.</u>

**Conclusion:** Dr. Arunachalam respectfully requests this Court <u>to expedite its decision to grant her request in all current pending motions in this case</u>. A Certificate of Service is attached.

Respectfully submitted,

DATED: October 22, 2014

*/s/Lakshmi Arunachalam*

222 Stanford Avenue
Menlo Park, CA 94025
650 854 3393
Laks22002@yahoo.com

Dr. Lakshmi Arunachalam
Owner of Patents-in-Suit &
CEO, Pi-Net International, Inc
*Pro Se Plaintiff-Appellant
Dr. Lakshmi Arunachalam and
Pi-Net International, Inc.*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Dr. Lakshmi Arunachalam, hereby certify that on October 22, 2014, the attached "PLAINTIFF/PATENT OWNER'S MOTION TO EXPEDITE DECISION ON ALL CURRENT MOTIONS PENDING IN THIS CASE" was sent by me to PARCELS Inc. Courier Service of Wilmington, DE to be delivered on October 22, 2014 at 8.30 am EST to the Clerk of the Court for filing/docketing in this case and I sent notification by email to the following registered attorneys of record of the same.

I further certify that on October 22, 2014, the attached "PLAINTIFF/PATENT OWNER'S MOTION TO EXPEDITE DECISION ON ALL CURRENT MOTIONS PENDING IN THIS CASE" was Electronically Mailed to the following Counsel for Defendant:

douglas.nemec@skadden.com for J.P. Morgan Chase and Company.

DATED: October 22, 2014          /s/*Lakshmi Arunachalam*

　　　　　　　　　　　　　　　　　Dr. Lakshmi Arunachalam
　　　　　　　　　　　　　　　　　222 Stanford Avenue
　　　　　　　　　　　　　　　　　Menlo Park, CA 94025
　　　　　　　　　　　　　　　　　650 854 3393
　　　　　　　　　　　　　　　　　laks22002@yahoo.com